FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

M.D.O.C. 100175   COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 26 2005

BY _____ J.T. NOBIN, CLERK _____ DEPUTY

Armstrong Jacob Knight
Marion /walthall correctional Ficility
503 South Main St
Columbia, ms. 39429
*(Enter above the full name of the plaintiff or plaintiffs and prisoner number of each plaintiff in this action)*

V.

CIVIL ACTION NUMBER: 105CV180LG JMR
*(to be completed by the Court)*

Defendant's From The
Harrison Co. Jail
SEE Attachment "A."

_____
*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any other lawsuits in a court of the United States?     Yes (X)   No (   )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Plaintiff: Armstrong J. Knight. Defendant's From Harrison Co. Sheriff George payne Jr. Investigator carl Rhodes Investigator Joey Tracy.

2. Court (if federal court, name the district; if state court, name the county): Southern District of Mississippi

3. Docket Number: 1.05 cv 32 LG VMR

4. Name of judge to whom case was assigned: Judge louis Guirola Jr / Mag'sTrate John M. Roper

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Currently Pending

_____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Armstrong J. Knight    Prisoner Number: 100175

   Address: MARion /walthall correctional Ficility

   503 South main st, Columbia, Mississippi, 39474

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: MAJor Diane Gatson - Riley                          is employed as

   The mAJor, over seer of Jail.          at HArrison County

   Adult detention Center, 10451 larkin smith dr. Gulfport ms 39502

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF(S):

NAME:

SEE ATTACHMENT
"A"

ADDRESS:

ATTACHMENT "A"

DEFENDANT(S):

NAME:

ADDRESS:

## ADMINISTRATIVE REMEDIES PROGRAM

A.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )    No ( ✓ )

B.    Are you presently incarcerated for a parole or probation violation?

Yes ( )    No ( ✓ )

C.    Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

Yes ( ✓ )    No ( )

1.    If you answer to C is yes,

   a.    State the date your claims were presented: *Numerous submissions each incident*

   b.    State how your claims were presented. (Written request, verbal request, request for forms)

   *Written, by grievance form, hand written, and verbal*

   c.    State the result of that procedure. (You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.)

   *Request denied. No Administrative Remidy's Heiracracy in Place, M.D.O.C, Mississippi dpt of corrections made me dis-pose of all my evidence and paperwork upon picking me up.*

2.    If you have not filed a grievance, state the reasons: ~~This~~ *N/A*

| COMPLAINT PROCIDURE TAKEN. . . . | RESULT(S) |
|---|---|
| 1) In and at Jail House, to Administration — — — | Denied. |
| 2) To Sheriff George Payne - - - | Denied. |
| 3) Harrison County Bord of Supervisors — — | No Returned response, Directed to others.. |
| 4) Mississippi State "A.C.I.U." — — | No Returned response.. |

3

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need; attach extra sheet if necessary.)

SEE ATTACHMENT "B"

I was Incarcerated As A Pre-Trial detainee for (17) seven-teen month's, I Had Ben Beaten on Numorous ocasions And By diffrent officers And Numorous other right deprivations, To suport My contention I Have MANY witnesses wich Are officers And Inmates And At Harrison county, There Are com-Pleat Record's of All Allagations At Harrison co. Jail, medical, Gievence, Excessive use of force Report's, And other material ect.

## RELIEF

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

SEE ATTACHMENT "C"

Signed this 13 day of April , 20 05 .

Armstrong J. Knight # 100175
Marion/walthall corr Ficility
503 South MAin st columbia, ms, 39429
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

4/13/05
(Date)

Armstrong J. Knight # 100175
MArion/walthall corr Ficility
503 South MAin st. columbia, ms, 39429
Signature of plaintiff(s)

4

# Attachment "A"
## Defendant (s)

pg-1 of 4 (A)

1.)

Sheriff George payne Jr.

Sheriff of Harrison county

10451 larkin smith Dr

Gulfport, MS. 39502

2.)

Major Diane Gatson-Riley

Rank of Major of Harrison county Adult detention Center ("H.C.A.D.C.")

10451 larkin smith Dr.

Gulfport, ms. 39502

3.)

Cheif Rick Gaston And unidentified officer(s).

Rank of capton of Harrison county Adult detention center ("H.C.A.D.C.")

10451 larkin smith dr

Gulfport, ms. 39502

4.)

Caption Phill taylor

Rank of capton of Harrison County Adult detention center ("H.C.A.D.C.")

10451 larkin smith Dr

Gulfport, ms. 39502

5.)

Internal Affairs ..... Mr Everett

ATTACHMENT "A"                                    Pg 2 of 4 A

DEFENDANT (s)

INTERNAL AFFAIRS DIV of HARRISON County Adult detention center. ("H.C.A.D.C.")
10451 larkin smith Dr
Gulfport, MS, 39502

6)

Internal AFFAIRS ..... mr whorby
Internal AFFAIRS DIV of HARRISON county Adult detention center ("H.C.A.D.C.")
10451 larkin smith Dr
Gulfport, MS, 39502

7.) (A)

MIKE COOKE # u/k
correctional officer of HARRISON County Adult Detention center (H.C.A.D.C.")
10451 larkin smith DR
Gulfport, MS, 39502

B.)

J. BARNS No. u/k
correctional officer of HARRISON County Adult detention center ("H.C.A.D.C.")
10451 larkin smith DR
Gulfport, MS, 39502

8.) (A)

SGT D. Wollard # 236
sargent of HARRISON County Adult detention center (H.C.A.D.C.")
10451 larkin smith dr
gulfport, MS, 39502

Attachment "A"                                                    Pg 3 of 4 (A)

Defendant(s)

(B)

Sgt Tommy Rogers # 161

Sargent of Harrison County Adult detention center ("H.C.A.D.C.")

10451 larkin Smith Dr

gulfport, ms, 39502..

(C)

CO. ....... mr Clark

Correctional officers of Harrison county Adult detention center ("H.C.A.D.C")

10451 larkin Smith Dr

gulfport, ms, 39502

(D)

CO. Justin Richard's

correctional officer of Harrison county Adult detention center ("HC. A.D.C.")

10451 larkin Smith Dr

gulfport, ms, 39502

(E.)

Sgt. ...... leJay

Sargent of Harrison county Adult detention center ("H.C.A.D.C.")

10451 larkin Smith Dr

Gulfport, ms, 39502

(F.)

CO ...... Desper

correctional officer of Harrison county Adult detention center ("H.C.A.D.C")

Attachment "A"                                          Pg 4 of 4 (A)

Defendant(s)

10451 larkin smith DR.

Gulfport, ms, 39502

6.)

Two unidentifyed officers

Harrison county Adult detention center "H.C.A.D.C." Employees

10451 larkin smith DR

Gulfport, ms, 39502

9.) NINE

(6) six unidentified officers of The Biloxi TASK Force police DEPARTMENT.

Conducting In House search AT HARRISON county Adult detention center "H.C.A.D.C."

10451 larkin smith DR

Gulfport, ms, 39502

10.) TEN

A)   CO. ........ BYERS # 306

correctional officers of HARRISON county Adult detention center " H.C.B.D.C."

10451 larkin smith Dr

Gulfport, ms, 39502

B.)

CO. ...... chauncy # (u/k)

correctional officer of HARRISON county Adult detention center "H.C.A.D.C."

10451 larkin smith DR

Gulfport, ms, 39502

Attachment "B"                                            Pg 1 of 13. (B)

## Statement of Claim.

## Synopsis:

This sute is brought for Jail officers from Harrison county for Beating on me, numorous diffrent officers at diffrent times.. on All ocasion's I sustained a substatial amount of phisical abuse and Dammage.. All persons are sued in this personal and professional capasity.. over my pre-trial detainment at Harrison county Adult Detention center ("H.C.A.D.C.") wich spanned a period of (17) seven-teen month's I was Beat again and again, I did exercise the Grievence piocidure, I was not able to obtain resolve, and upon Miss-issippi department of correction's picking me up I was forced to Dispose of All evidence, form's ect: After I was not able to rec-ive Resolve from in house grievence, my brother edward knight did Appial and complain to the sheriff George payne and no result's were given, so he (edward knight) went to the Harrison county Bord of supervisors and still did not reciue releif. And finaly a complaint was filed with the mississippi American civil libirty's union. and recived no response from that party either. so, I bring this action after exsausting all what I find availible.. I will adress myself as the plaintiff and my assaulter's as the defendant's.. besides my being Beat I sue for un-sanitary conditions and Religous slander..

In summary of each defendant.

Defendant -(1)-

Sheriff George payne.

Sued in his personal and professional capasity for diliberate, indiff-
erence to ~~my~~ plaintiff treatment while housed in ("H.C.A.D.C.") while having personal knolage to ~~my~~ the plaintiffs circumstances failed to exer-

- cizi ANY power in AT least INvistigati complaints Brought By The plaintiff And His Relative (s)

2.) DEFENDANT -(2).

MAJO diam GATSON - Riley.

Sued In Her Personal And professional capasity. For diliberate indiffrence To The plaintiff's treatment while Housed in "H.C.A.D.C." while Having Personal knolage to the plaintiff's circumstances By personal contact And Response to the plaintiff, DEFENDANT Faiked to exercizi ANY power in AT least invistigative complaints Brought By the plaintiff. And Having Acess of proof to medical record's And photo's TAKEN of injury.s.

DEFENDANT -(3)-

Chief Rick Gaston And un-identified officer(s)

sued In His personal And professional capasity For phisical Injury In His In-Volvment in Abuse By A un-identified officer This ocasion where the plaintiff HAD Ben Beaten Early that day And upon stepping on the plaintiff BACK And kicking The plaintiff's FACE slandering And Mocking The plaintiff's Religon By comments.

DEFENDANT -(4)-

CAPTAN Phill TAylor

sued in His personal And professional capasity For diliberate indiffrence to the plaintiff's Treatment while Housed in "H.C.D.C." while Having personal knolage to the plaintiff's circumstances By personal dayly contact, And, Accompanying A Internal AFFar official mr Whorby to TAKE photograph's of injury's The plaintiff sustained in a Abuse. And Having personal knolage of Many Mistreatments And Abuse.

Attachment "B"                                    pg 3 of 13 (B)

5.) Defendant -(5)-

Internal Affairs, mr Everett

Sued In His personal And professional Capasity For diliberate indifference to the plaintiff's treatment while Housed in "H.C.A.D.C." while Having personal Knodage to the plaintiff's circumstances By personal contact And in inter-view with the plaintiff About Abuse to other inmates And the plaintiff At the time Had A Black Eye And contact to the defendant through Friend's And Family of the plaintiff's.

Defendant -(6)-

Internal Affair's mr Whorby

Sued in His personal and professional capasity For diliberate indifference to the plaintiff's treatment while Housed In "H.C.A.D.C." while Having personal Knodage to the plaintiff's circumstance's By contact of the plaintiff And His Family And Friends, Also on occasion where Defendant Whorby And capt phill Taylor Jointly photographed Injury's sustained By Abuse From officers.

Defendant -(7)- (A)

officer Mike Cooke

Sued in His personal And professional capasity For phisical Ensury in Abuse And in premetitation By threat pryor to the Abuse. Defendant Cooke phisicly Abused the plaintiff In B-Zone, B-Block in "H.C.A.D.C." while Being Handcuffed And shackled By choking the plaintiff untill He passed out And punching Him in the Face causing His Nose to Bleed And His Eye to Become Bruised Black.

## Defendant - (7) - (B) -

Officer J. Barn's

Sued in His personal And professional capasity For diliberate indifference to the plaintiff's treatment, also:, For depriving the plaintiff of His only property without prosess wich caused weeks of un-sanitary Housing. Defendant Barn's while haveing personal knolage to the plaintiff's cir-cumstances of Being Beat By personal contact And knolage to the Abuse the plaintiff Has susstained, And the Injury sustained At the time when Defendant Barn's packed All my personal, And, cell Belonging's up And placed it All in B-BLOCK-B-section Housing where I was Beaten By a officer cooke. And removed BACK to Another section And officer Barn's would not Retrive my property. Resulting in the loss there of And spending the next Aprox 36 to 48 hrs In A empty cell with no property.

## Defendant -(8)- (A) -(B)-(c)-(D)

(A) Sgt D. wollard # 236

(B) Sgt tommy Rogers # 161

(c) CO. .... clark

(D) Justin Richard's

All Are sued In their personal And professional capasity For Abuse And the Aid of. Sgt Defendant wollard, Rogers, clark After Abusing Another Inma-te Had come to the plaintiff's cell who At this point Had done Nothing. And was ordered to the Feet And After doing so was Jumped By Defendant's wollard, Rogers, clark, And entering with them was c.o. Justin Richard's who After the defendant's Beat the plaintiff Sgt Defendant Justin Richard's put Bolth Hand cuff's And shackles on the plaintiff And After He Had done so Defendant wollard Had Jumped on the plaintiff's BACK

And continualy smash the plaintiff's Face And Hit the BACK of His Head, AFterword Removed His shoulder mikrophone, And choke's, the plaintiff untill He was Almost unconcious. AFTer stoping Chokeing the plaintiff while All defendants wached And said nothing, got up And Left, defendant Richards then Removed the handcuff's And shackles From the plaintiff While MAKing Him stay FAce down untill the cell door was SHut. AFTer Getting up the defendant Richards directly denied the Request of medical help. AT Aprox 2:00 AM sgt dreschell got the plaintiff medical Help upon Request.

Defendant (s)  8.)  (E̶) (F̶) (G)

(E)  sgt ...... LeJAy

(F.)  co........ Desper

(G.)  two unidentified officers

All Are sued In their personal And offical capasity for dilibecate indiffence to the plaintiff's treatment while Housed In "H.C.A.D.C." Each officer herein stood In the door way stareing Not doing or saying Anything to the Actions Being conducted By defendants 8.)(A)(B)(C)(D) ABusing the plaintiff. AFter the Abuse had TAKen place defendants 8.)(E)(F)(G) Neglected To send medical Attention to the plaintiff And other Beaten Inmate. Furthermore; Defendant (E) LeJAy And (F)Desper HAve And had personal KnolAge through contact And showings of Injury About Further And past Abuse the plantiff sustained Bolth defendants diliberately Ignored Those And these ocasions.

Defendant (s)  9.) (A) (B) (C) (D) (E)(F) unidentified.

Suits Assessed Against Defendant (s) 2.) MAjor diane GATson - Riley, 3.) Cheif Rick GASTon, 4.) captin phill Taylor All supervisor And Administration of "H.C.A.D.C." For the Actions of All (6) Five unidentified officers of the Biloxi TASK Force, police Dpt. Suts Assessed Agest Defendants 2) 3.) 4) 5. Internal AFFairs mr everett. In their personal And professional capasity. For neglect And diliberate indiffrence to the phisical Injury sustained By the plaintiff. The plaintiff while In His cell was Approched By A MASKed suited officer Defendant unidentified

(A), while Being Approched the plaintiff told Defendant 9.) (A) He did not want any trubble. The officer told the plaintiff To come with him. While cooporateing with officer He steped out of His cell there were more (many) masked and suted officers who imdiately started to Abuse the plaintiff By punching, Hitting, shoveing And kicking the plaintiff to the ground, simotaniously Being Hit And kicked By unidentifed 9.) (B) (c) (D) (E) Four officers the plaintiff Hit the Ground First By His knees And at that Instant was shot from behind. unidentified officer 9.) (E) shot the plaintiff with A Rubber Bulet Gun) And was still Hit And kicked untill handcuffed And shackled then dragged to Another location), Numerous officers Includeing Defendant(s) 4.) Phill taylor 7.) (B) Barns. Also other sgt's and Inmates. when the plaintiff was Returned to His Cell, He Found His cell was Never searched.

10. ten

Defendant 10.) (A) (B)

A.) CO ........ Byers # 306

correctional officers of Harrison county Adult detention center "H.C.A.D.C."

~~10/19~~ B.) CO ---- chauncy # (u/k)

sued In Their personal And official capasity For Abuse. And Injury. And neglect to the Houseing Treatment. Defendant (B) chauncy Had Harassed And Ridiculed the plaintiff Based on the FACT of Incarceration. At Times Such As Allowing the petitioner His one hour out And the Issue of the petitioner Reading the News paper And defendant (B) takeing the News paper And useing Phrases Such as "That's why you (the plaintiff) Are In Here (Jail cell) And I (Defendant B) Am out Here" (Not In Jail). At this day the defendant (B) was denying the plaintiff His one hour out But wantted the plaintiff to sign Reciding Such. A Argument ensured and defendant (B) called defendant (A) And the plaintiff went And sat on his Bunk And was Attacked By officers Defendant (A) (B) In) wich Became unruley And defendant (A) started Hitting the plaintiff with His metal Baton then Maced the plaintiff And was taken Hancuffed to the shower Area when A sargent After learnin Defendant (B) has denied All plaintiffs Request And denieying Hours Hout And the News paper the sargent Reprimanded Boith defendants (A) (B).

# — EVENTS AND FACTS IN DETAIL —

The petitioner exsplains the sequence of events in it's detail but discloses to the court the roles displayed "in summary of each defendant" become interrelated to and in eachother. but each defendant will be outlined by their name and def- -endant number and letter, shown to the court in cronological order in the start of his seventeen month incarceration. The plaintiff first submitt's that he filed numerous complaint's with the Harrison county Jail Administration and those documents were lost when mississippi dpt of corrections did not allow the plaintiff to take with him his documents. but in suport of that, proof is found after the plaintiff's family had contacted the "A.C.L.U." (American civil liberty union) and congressmen of other state (ex A-1-2) and (ex B,1-5) and affidavit (ex C-1) in suport thereof. Also a affidavit from seprate persons involved personaly in adressing the plaintiff's problems. On some of the occurances the plaintiff has a problem producing exsact dates but medical record's would better narrow thing's with dates. The plaintiff dose come within a 30 day spann where no exsact date is produced. Also the plaintiff dose have the whole name of each defendant where he can provide, otherwise, the last name and/or Badge No. is provided.


Defendant 7.) (A) officer Mike Cooke # (u/k)          Date August 21st 2002

The morning of 8/21/04 officer Cooke had threatend the plaintiff when he had spoken to the midnite shift officer who related that the midnite shift and plaintiff were argue- -ing a defendant 2) (A) Cooke entered the plaintiff's cell sitting on his desk in B. Block D-section) cell 125 and asked the plaintiff if he knew what a "enforcer" was or a "strong arm". The plaintiff replied in the negitive. wich defendant Cook told him if he didn't clean up his act he would find out. A few hours passed and plaintiff was let out for his hour and he started cleaning the "day room" area. the supervissing officer had left and defendant Cooke had taken over supervissing and asked the plaintiff if he had time to think about what he had to say. The plaintiff did not respond and was called out for a court appearance.. At this point Defendant 7.) (B) had taken all of the plaintiff's belongings and removed them to

Pg 8 of 13 (B)

B-Block B-section. depriving the plaintiff of his property Agrevieng Him. defendant T.) (B)

J. Basns After the plaintiff was Returned to B-Block D-section cell 125 HE Had Admitted to Taking the property But was not going to Return the property. He would not give the plaintiff His Bedding In Turn Forced the plaintiff to stay In the cell For More than 24 hours with Nothing. The plaintiff upon Returning From court the plaintiff was told He was not Allowed Back to B-Block D-zone But had to go to B-zone ... the plaintiff objected and was Forced Into B-zone, At this time Many officers were Appearing Also defendant cooke. At this time He told the plaintiff He was going To Get what He was Asking For, He was going To show the plaintiff what He was About. At that point He. Took off His uniform shirt and started Being Agressive, the plaintiff Had His Back to the wall And went Around the defend-- Ant. cooke And dove to the ground, defendant cooke Jumped on the plaintiff's Back and started to chokeing Him saying "This Is what you wanted Isint It ?" All the while the plaintiff was Hand cuffed And Shackled And The defendant cooke Hit the plaintiff In His Face causeing His Eye To Become Black And Nose to Instantly Bleed. And the plaintiff passed out For A Few seconds From the chokeing. Upon wakeing up officers took Me out of B-zone And Taken to D-zone Back to cell 125 The plaintiff was Angry this day And Refused to see A doctor. The Next day A Nother officer provided A doctor. The plaintiff spent over 24 hours In His cell with No Belonging's wich A Nother officer Finaly Assisted the plaintiff with.

Defendant 2.) Diane Gatson-Riley                    Aprox date 8/22/02.

The petitioner Had written A Grievence Submitted to defendant 2.) Diane. The plaintiff After not Responding To His First Grievence denied The 2nd And did not de Anything At All... The Petitioner sustaind serious dammage.

Defendant 3) Chief Rick gaston And two undentified                    Date August 21st 2002

on the Afternoon of this date officer Jhon Govoro was on duty, when Many officers And K-9 Dog unit Entered B-Block D-zone And most of wich were wearing white official Shirt's Accompanied By Chief Rick gaston). officer Jhon govoro told the plaintiff

To Be calm and do not do anything Besides cooperate, If I acted up they would let the dog Bite me. defendants 3.) Rick Gaston and two unidentifyed officers entered the cell After making the plaintiff lye face down on the ground and asked the plaintiff if he was the one giving them so much problems. defendant 3.) Rick Gaston) was kicking the plaintiff in the face whaire he was punched earlyer in that day. Telling the plaintiff that he Better not hear anything else of him. The conversation ensued with threat's and continualy steping on the plaintiff's Back and while throating the plaintiff and kicking him asking him if he liked it. As defendant 3). Gaston started looking around cell 125 and noticed scriptures and verses out of the Bible and started making fun of the plaintiff's Religion asking him if he was a Jesus Freak," and a Jesus lover.. All while putting his Boot on the Back of the plaintiff's neck smashing his face into the ground. while leaving he said I needed to get all the "stuff" off the walls and the plaintiff made him sick. The plaintiff Better not give any officers any more problems.. The Grievance for this ocasion was Included with the previous stated 8/22/02 complaint. The kicking and smashing of the plaintiff's face caused his nose to start Bleeding again. .

Defendant 2.) Diane Gatson - Riky Recived many Request and Grevence Forms about the property wich the officer took. Wich caused the petitioner to Be subject to unsanitary conditions for over 30 day's Because the plaintiff had no clothes to change out of. He had to Barrow a towell to Shower with. Defendant Riky was not concerned at all to these issues.

Defendant (s) 8.) (A) - (G)                    Date: November 7 2002
The plaintiff while housed in B-Block D-Zone cell 129 was Beaten By numerous officers. Pryor to the inccident herein the Defendant 8.) (C) clark displayed acting officer over D-zone. and a History developed whaire defendant clark was denying the plaintiff and other inmates our hours out but allowing select inmates out for extended hours in

Is the cause of this incodent. In this time defendant clark was trying to Return the plaintiff and another inmate after we had just begin to start the hour. A argument ensured in wich contact with a seprate officer had assured us the hour we were suposed to get And defendant clark was intrefering with that promise.. the plaintiff And Other inmate was in handcuff's. defendant clark had forced other inmate into his cell While the plaintiff was speaking to the other officer the other inmate broke his handcuff's And threw them into the day Room, Also broke a tray hole flap. At this time. the plaintiff was put back into his cell. Now defendant's (A) wollard And (B) Rogers Along with (D) Richards (F.) Desper And two unidentified officers And (E) LeJay entered B-Block D-section) After officers finish beating the other inmate defendant (B) Rogers came to the plaintiff's Door And made him lay on the ground face down. upon opening the door defendant wollard, Rogers And clark Rushed in And started to hit and kick the plaintiff, entering last is Defendant Richards after the beating of the plaintiff calmed down defendant had put shackles and handcuff's as tight as posible on the plaintiff and was threatening the plaintiff. At that moment they stop beating on the plaintiff. defendant Rogers And wollard begain to interrogate the plaintiff About him breaking things, the plaintiff told Them He did not break Anything And they were beating him up for nothing, at this time He looked forward And seen defendant's. (E) LeJay (F) Desper and (G) two unidentified officers Looking at everything going on not saying anything nor doing.. At the time it is found the plaintiff has not done Anything nor broke. Anything He was being threatend by Defendant Rogers At that point the ~~defendant~~ plaintiff begin's to point out that defendant clark caused all of it and defendant wollard started to Assert a Arguement in wich the plaintiff cussed at him by saying "fuck you" And defendant wollard said "No one cusses me." And He jumped on the plaintiff's back And punched him numerous times makeing his ~~head~~ FACE hit the ground And took his sholder mikerophone And choked the plaintiff with the cord, while talking to him. At that time defendant LeJay made a sound And defendant Rogers said ½ word's wich made defendant wollard stop chokeing the plaintiff And emidiately get up And leve. everyone begins to leave behind him

Pg 11. of 13 (B)

Defendant Richards took off the Handcuff and shackles And defendant Rogers made the plaintiff stay face down untill they left. The plaintiff Asked the officials for a nurse and mainly Defendant Richards And was told No. That the plaintiff would Be "Allright". At 2:00 in the morning a officer got medical Attention to the plaintiff who was nurse Patterson And she took Records.

Defendant 4.) and 6.)                    Date Apox November 10th 2002.

Defendant 4.) Captin Phill Taylor was contacted By A Friend of the plaintiff who Arranged for Internal Affairs to take photographs. The plaintiff was called out and sent To Defendant Taylor, who was with Defendant 6.) A Mr Whorby of Internal Affairs of "H.C.A.D.C." And the plaintiff explained what went on and defendant Whorby had took the plaintiff into the medical Facility And made Him stand in front of light coming in through the window wich was Argued Back And forth where there was equel and Fair lighting to picture Injurys in the office, The plaintiff was told If He wasent willing to do it the way they wanted, No pictures would Be taken. After the photo's were taken wich consisted of showing's of Bruses And Abrasions At various parts of The plaintiff's Body. The plaintiff had complained to Boith officers wich did Not lead To any showing of concern, No type of Investigation Ensured. The Friend of plaintiff's Had contacted Internal Affairs defendant 5.) Mr Everett.

Defendant(s) 9.)                        Apox Date Aprl/may 2003

The plaintiff while housed in B-Block D-zone Cell 124. on the said time frame the plaintiff was Approached By unidentified Defendant (A) who was dressed in Full Black Gear and Facemask As All officers. Defendant (A) was told By the plaintiff that He didant want Any truble and whatever the defendant (A) wanted the plaintiff had no trubble co-operating. Defendant (A) looked at the plaintiff and said "OK come with me", the plaintiff went with the officer And Just as He steped out of the cell there was a crowd of officers who Imidiately started to punch, kick and push the plaintiff Involved is

Pg 12. of 13 (B)

unidentifyed Defendants (B) (C) (D) (E) who continueally was Beating on the Plaintiff and all yelling different things. The plaintiff on his way to the ground got down on His Knees First, at the same moment the plaintiff tuched the ground unidentifyed Defendant (F) shot the plaintiff From Behind with a Rubber Bullet gun causing serious dammage, example as shown) (ex  D  ) the petitioner upon Being shot layed the Rest of the way down) and was hand cuffed and shackled and a officer draged the plaintiff By His leg chains to the wall, Being observed By His Next door cell mate and Numerous officers. upon Being at the wall a Sargent came over and vewed my injury and mark shurs. I was all right while a Different officer was Ridiculeing the plaintiff in His Injury's. with Phrazes as "ouch that has to Hurt". plaintiff cell was Never searched.

Defendant 5.) mr Everett                                    Date: Next day
The plaintiff contacted His Freind imidiately, to call the doctors. His Freind was cont-
Acted the Defendant Everett and caused Everett to make officials take pictures of His Injury. Shortly Affter members of criminal Investigation Division along with a Nurse known as "Shelly" came to the plaintiff's cell and photo's were taken) and the plaintiff Recived medical care. Defendant Everett was Not present and Never contacted the plaintiff for complaint purposes, and Never showed concern to the well Being of the plaintiff After direct contact.

Defendant 2.) Riley.                                    Date:  2 two days latter.
The plaintiff contacted Defendant Riley and Filed Grevence in wich the plaintiff was Denied any Resolve, the plaintiff was Not Blamed For the Incedent But officer Refused to Investigate and Refused to Answer the plaintiff's Questins such as Iden-
-ity, use of wepons, cell Never Being searched Ect.

Defendant (s) 10.) (A) (B)                               Date Aug/Sept 2003
The plaintiff while Housed in B-Block D-section cell 128. on the Above said

period THE plaintiff Had continuing problems with defendant (B) chauncy By His de-priving THE plaintiffs of His one hour out daily, Also TAKeing THE plaintiff's News paper AFTer only 20 miniut's of HAvEing IT on Numorous occasions. And Refuseing TO call or Allow THE plaintiff to speak to oTHEr officers of the same or HEr Rank. on THis day ArguEment ensured where earcyes IN THE morning DEfendant chauncy Had TAKEN THE News paper And was THEN trying TO Force THE plaintiff to sign A sheet saying He had BEN AFForded his hour out when In FACT He had NoT. DEfendant chauncy told THE plaintiff IF He did Not sign He would MARK THE Form As Refused. THE plaintiff BEcame upset AT THis And Accepted THE Form. THE plaintiff put A line THRough His Name And dropped THE Form In Front of THE officer, DEfendant chauncy Had called For defendant (A) BYers And THE plaintiff Had sat down on His Rack. At THis point THE officers Had TAKEN over A mouTE to enter THE cell IN witch THE plaintiff had BEN sitting down, AFTer Entering THE ~~plaintiff~~ DEFENDANTS Had Run up TO THE plaintiff And BEgine putting THEir hands on Him wich made THE plaintiff BACK up And A struggle occured THE defendant Byers pulled out His meTAL BATon And RepeaTedly HiT THE plaintiff In His lower secTions, simulTaniously BEing Restrained By DEfendant Chauncy AFTer DEfendant Byers stop HiTTing THE plantiff He pulled out His mACE And MAced THE plaintiff AFTerwords hand cuffing Him And REquesting For officer suport. First to Alive was A sargent wich was A officer THE plaintiff was BEing denied Acess to By DEfendant chauncy, AFTer THE plaintiff Had A oporTunity to speak, THE sargent did Reprimand BolTh said defendants.

– DEFENDANT 1.) shirriff George payne JR ~~THE~~
DEFENDANT payne was contacted By Numorous members of the plaintiff's FAMily Namely Edward ERI knight who contacted the ~~plant~~ DEFENDANT And His officer(s) And did NoT Reciue Any Resolue In the plaintiff's Behalf. DEFENDANT payne was And IS PErsonaly AwarE of the plaintiff's condition and circumstances while Housed In THE Harrison county Adult detention center. (Ex 5–1) (

Attachment "C"                                              Pg 1 of 1. (C)

Releif.

Wharefore, Plaintiff Respectfully pray's THAT THIS court Granting Plaintiff His Requested Releif herein as:

A.) A Declaration THAT the Act's And omissions discribed herein violated the Plaintiff's consitutional Right's under u.s. constitution.

B.) A preliminary Injunction In protection of the plaintiff In Any case He Is Returned to Harrison county Adult detention center For Any purpose Includeing For His Appeal's ect: prosesses, But, ordered to Harrison co. upon Any such Return. Also; A permante Injunction Related to "H.C.A.D.C." Wich upon THE Appropriate time will Be submitted IF THIS suite Is so Accepted By THE court.

C.) Compensatory phisical Dammages in the Amount of 1,000,000# one million Dollars Against each, Seprately, Defendant phisicly Abuseing THE plaintiff. And; 500,000# Five Hundred Thousand For defendants, seprately, For Non-phisical Dammages Tittled such As un-sanitary Forced confinement, Slander os Religion ect. Totaling Aprox 17,000,000 Seventeen million dollors.

D.) Punitive Dammages In A un-Disclosed Amount To Be Farther Figured upon understanding, But, ponderantly Not less Than Requested under (C) IF THIs. suite Is so Accepted By THE court.

E.) A Jury Trial on All Issues Triable By Jury.

(F) All plaintiff's cost In Bringing THIS Action And Related Expentures.

G.) Any Additional Releif THIS court Deems Just, Proper, And Equateable.

Armstrong J Knight

**Address Street:** 10451 larkinsmith Dr

**Address City:** gulfport

**Address State:** ms

**Zip Code:** 39503

**Home Phone Number (with area code):** (916) 368-6558

**Work Phone Number (with area code):**

**E-mail Address:** ████████622001@yahoo.com

**The Company/Government Agency This Complaint Is About:** harrison county jail

**Individual Names:**
severe beatings
major riley
sgt roger,   sgt wollard,   cheif ga
officer clark,   officer richards

**Address Street:** 10451 larkinsmith Dr

**Address City:** gulfport

**Address State:** mississippi

**Zip Code:** 39503

**Phone Number :** 228 896 3000

**May We Contact This Company/Agency or Individual(s)?**
**'YES' or 'NO'** yes

**Date of Incident:** 11/7/02

**Have you filed a complaint about this incident with any other agency(ies)?**
If so, where? If not, put 'NO' yes sherrifs office,chairman boar

**Are you represented by an attorney in this matter? If so, put 'YES' followed by the name and phone number of the attorney. If not, put 'NO'** no

εx
A - 1

Pat
Armstron
Knight        AUG | 26 | 2003

TO
Jim DAVIS

From
Rebecca Moren

2 pages → tickets

4 pages → Assult beating
              Report

                    Thanks.

                              A - Z

THOMAS F.MUSSER
206 STATE STREET #C-10
PORTLAND, MAINE 04101
207-773-4964
tmusser48@cs.com                                    NOV.22,2002
CONGRESSMAN ALLEN,
I AM WRITING TO  THANK YOU FOR YOUR LETTER ABOUT THE PROBLEMS
WITHIN HARRISON COUNTY JAIL IN GULFPORT MISSISSIPPI. YOU HAVE NO
IDEA HOW MUCH THIS MEANS TO ME.
HOWEVER I DO  STILL HAVE CONCERNS ABOUT HARRISON COUNTY JAIL.
MY FRIEND JOE FRANCIS WAS MOVED . BUT WHILE IN TOUCH WITH HIM AT
THAT JAIL I BECAME FRIENDS WITH THE MAN IN THE CELL ACROSS FROM
JOE FRANCIS. HIS NAME IS ARMSTRONG J. KNIGHT. JUST AFTER MR. FRANCIS
WAS MOVED MR. KNIGHT CALLED ME AND TOLD ME HE HAD BEEN BEATEN
BY 2 GUARDS. I IN TURN CALLED A MR. EVERETT OF INTERNAL AFFAIRS. I
TOLD HIM AND HE WENT TO SEE MR. KNIGHT. MR. KNIGHT WAS
QUESTIONED AND PHOTOS TAKEN . HE ALSO SAW MEDICAL PEOPLE. A
WEEK LATER I CALLED MR. EVERETT BACK TO SEE HOW THE INVESTIGATION
WAS GOING. I WAS TOLD BY MR. EVERETT THAT MR. KNIGHT'S WOUNDS
WERE MINOR. THAT YES, THEY HAD ROUGHED HIM UP BUT IT WAS" NOT
ANY BIG DEAL". MR. EVERETT ALSO TOLD ME HE WAS GOING TO BE AWAY
AND WAS TURNING THE CASE OVER TO A MR. WORBY. MR.EVERETT TOLD ME
MR. KNIGHT HAD BEEN KICKING HIS WALLS AND WOULD NOT CALM
DOWN. HE WAS UPSET BECAUSE A FELLOW INMATE HAD JUST BEEN BEATEN
AS WELL. MR.EVERETT'S FEELINGS WERE " YES THEY BEAT HIM BUT HE
WASN'T HURT." SIR, ANY BEATING IS GOING TO HURT. WHY IS IT BEING
ALLOWED IN THE FIRST PLACE? I COULD SEE IT HAPPENING IF MR. KNIGHT
WERE CAUSING MAJOR DAMAGE TO SOMETHING OR SOMEONE. HE WAS
UPSET ABOUT A FELLOW INMATE AND LET IT SHOW. THEREFORE HE WAS
BEATEN.  AFTER I RECIEVED THE CALL FROM  MR. KNIGHT AND CALLED
INTERNAL AFFAIRS ABOUT HIS BEATING THE PHONES IN THE JAIL FOR
INMATE'S USE WERE ALL SHUT OFF. THEY ARE STILL SHUT OFF AS OF THIS
WRITING. WHAT IS THE JAIL AFRAID OF THAT THEY MUST SHUT OFF PHONE
COMMUNICATIONS FOR INMATES HOUSED THERE?
I AM ASKING YOU TO PLEASE SEND THE COPY OF A STATEMENT MR. KNIGHT
WROTE ABOUT THE INCIDENT TO THE JUSTICE DEPARTMENT IN
WASHINGTON D.C. TO SEE THAT THIS JAIL IS MONITORED AND FIND OUT
WHAT REALLY HAPPENED TO MR. KNIGHT.

B - 1

I HOPE YOU WILL LOOK INTO THIS FOR ME. THANK YOU FOR YOUR TIME
AND SUPPORT.
RESPECTFULLY,
THOMAS F. MUSSER

B - 2



U. S. Department of Justice

Civil Rights Division

FEB 24 2003

---

*Office of the Assistant Attorney General*                    *Washington, D.C. 20035*

FEB 20 2003

The Honorable Thomas H. Allen
Member, U.S. House of Representatives
234 Oxford Street
Portland, ME 04101

Dear Congressman Allen:

This is in response to your letters on behalf of your
constituent, Mr. Thomas F. Musser, forwarding additional
information concerning conditions at the Harrison County Adult
Detention Facility in Gulfport, Mississippi. Mr. Musser
continues to be concerned with regard to excessive use of force
by prison guards upon a friend of his and other inmates
incarcerated at the jail. We apologize for the delay in
responding.

In our previous response we outlined the Civil Rights of
Institutionalized Persons Act, 42 U.S.C. § 1997, and the
authority it grants the United States Department of Justice to
investigate conditions of confinement in correctional facilities
where it is alleged that prisoners are being deprived of
constitutional rights pursuant to a pattern or practice of
resistance to the full enjoyment of those rights.

As you are aware, with regard to the Harrison County Adult
Detention Facility, we filed a lawsuit alleging that conditions
of confinement were unconstitutional. Our lawsuit was resolved
through the entry of a Consent Decree requiring Harrison County
to improve conditions at the jail. We continue to monitor
compliance with this Consent Decree and appreciate you bringing
these further allegations to our attention.

B-3

-2-

Please do not hesitate to contact the Department if we can be of assistance in other matters.

Sincerely,

Ralph F. Boyd, Jr.
Assistant Attorney General

B- 4



THOMAS H. ALLEN
1ST DISTRICT OF MAINE

1717 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6116
234 OXFORD STREET
PORTLAND, ME 04101
(207) 774-5019

DEMOCRATIC AT-LARGE WHIP
HOUSE OCEANS CAUCUS
CO-CHAIR

COMMITTEE ON ARMED SERVICES
SUBCOMMITTEES:
MILITARY PROCUREMENT
MILITARY RESEARCH AND DEVELOPMENT
MERCHANT MARINE PANEL

COMMITTEE ON
GOVERNMENT REFORM
SUBCOMMITTEES:
NATIONAL SECURITY, VETERANS AFFAIRS,
AND INTERNATIONAL RELATIONS
CRIMINAL JUSTICE, DRUG POLICY
AND HUMAN RESOURCES

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1901

234 Oxford Street
Portland, Maine 04101

February 28, 2003

Mr. Thomas Musser
206 State St, Apt. C10
Portland, Maine 04101-3762

Dear Mr. Musser:

I am enclosing the Department of Justice's response to my inquiry on your behalf. As you will see, the Department is closely monitoring the situation at the Harrison County Adult Detention Facility in Gulfport, Mississippi. If you have further questions, please do not hesitate to contact Leslie Merrill in my Portland office. The telephone number is 774-5019.

I am pleased that I was able to assist you in this matter.

Sincerely,

Tom Allen
Member of Congress

THA/lpm

B-5

*Affidavit      Facts And circumstances.*

I Armstrong J. Knight do hereby swear under The penalty of perjury. THAT The Below Is true And correct And will Attest to the same IN court.

I Armstrong J. Knight. was A pre-Trial detainee For Aprox (17) seventeen In Harrison county Adult detention center And was Beatten on Numerous ocasions And Filed A Grievence on each ocasion I was Beatten. The Grievences were made to major diane Riley And Multiple Administration personnel. Also Filed A Grievence wich was Not Responded to And/or Denied Are When I Had No property And subject to un-sanitary Housing Religious Slander, Ridiculeing of Me By officers And other Non-Abusive. Grievences.

Also:

I Had THe Full submission with Response of Grievences That were Answered And upon mississippi Dpt of corrections picking Me up I was Forced to leave. THose And other Related Pappers.

C

I Sign Freely And willingly

Armstrong J. Knight                          Jan 18th 2005.
sign                                                    DATE



AFFIDAVIT FACTS AND CIRCUMSTANCES

I SWEAR THE ABOVE AND BELOW IS TRUE AND CORRECT UNDER THE PENALTY OF PURJURY AND WILL TESTIFY IN ANY COURT OF LAW.

I Ed Knight. WAS IN GULFPORT MISSISSIPPI DURING THE TIME MY BROTHER ARMSTRONG JACOB KNIGHT WAS INCARCERATED IN THE HARRISON COUNTY ADULT DETENTION CENTER.

DURING ARMSTRONG KNIGHT'S INCARCERATION I VISITED HIM ON A REGULAR BASIS. I WITNESSED AT THOSE VISITATION'S INJURY'S HE SUSTAINED FROM BEATING'S ENDURED FROM STAFF AT THE JAIL. INCLUDING BUT NOT LIMITED TO BRUSE'S ABRASION'S AND A WOUND INFLICTED BY A GUN OF SOME TYPE.

I WAS PERSONALY ACTIVE IN FILEING COMPLAINT'S TO THE JAIL, SHERIFF, BORD OF SUPERVISERS, AND MISS, CIVIL LIBERTY UNION AND MANY OTHER DPT'S. I HAVE PERSONAL KNOLAGE THROUGH CONTACT WITH THESE PERSON'S HE WAS REALY BEATTEN BY OFFICERS.

I SIGN FREELY AND WILLING LY.    E-1

Ed Knight
SIGN

SEPT. 18. 2004
DATE