In The District Court of Harrison County.

Southern District.

FILED
JUL - 1 2005
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Armstrong Knight.                                    Plaintiff
    v.                                    Action no. 1:05 cv. 166. LG JMR
George payne et.al:                                  Defendant's

Motion For Appointment of Counsel.

Comes Now plaintiff Armstrong J. Knight pursuant to 42.u.s.c. § 1915 and request this Court to appoint Counsel to represent him in this case for the following reason's:

1) Plaintiff is not able to afford Counsel.
2) The issue's in this case are Complex
3) The prison he is Housed at dose not afford him acess to Legal material's, he is limited to almost no Legal guideance and material avalible by mail through a State ficility.
4) Plaintiff has a limited Knowledge of the law.
5) The end's of Justice would best be served in this case if an attorney was appointed to represent the plaintiff.

Respectfully submitted.
Armstrong Knight
M.W.C.F.
P.O.B. 528.
Columbia, ms. 39429.

June 30 2005
Date

Table of Cited Authority.                                pg 1 of 1

Lopez v. Reyes, 692, F.2d. 15 (5th Cir 1982) pg: 3.
Montgomery v. Pinchak, 294, F.3d. 492, 501 (3rd Cir 2002) pg: 1.
Murrell v. Bennett, 615, F.2d. 306, 311 (5th Cir 1980) pg: 2.
Norton v. Dimazana, 122, F.3d. 286, 293 (5th Cir 1997) pg: 2.
Tucker v. Randall, 948, F.2d. 388, 391 (7th Cir 1991) pg: 1.