IN The District Court of Harrison County

Southern District                                  1 of 4

Armstrong Knight                                    Plaintiff

v.                          Action no. 1:05 cv 186 LG JMR.

George Payne Jr. et.al:                             Defendant.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL - 1 2005
J. T. NOBLIN, CLERK
BY_____DEPUTY

Motion of Brief of
Appointment of Counsel

Comes Now. Armstrong Knight, plaintiff, in the above styled motion requesting this Honorable Court to Appoint Counsel to the plaintiff in this Action. The plaintiff present's issue's in suport of his request.

I

The plaintiff feel's He has a substantial chance to prevail on his claim's due to the fact that his claim's involve material fact's which are verifiable through documentation, also whare photograph's were taken of his injury's producing a factual showing of injury. As well Numorous person's involved in the incodent's outside of the plaintiff and defendant's such witnesses as other Jail inmate's and friend's and family.

Appointment of Counsel would help the plaintiff to be able to understand and utilize these resorce's to further substantiate his claim. And personally the plaintiff still suffer's from the incodent's under this action. see Montgomery v. Pinchak 294, F.3d. 492,501 (3rd Cir 2002) and Tucker v. Randall, 948, F.2d. 388, 391, (7th Cir 1991)

II

The plaintiff is at a serious disadvantage due to incarceration, being unable to produce indipendant research and investigation to the Action brought, in any case whare there is required a, seprate from discovery, resorce or issue that need's to be brought to the attention of appropriate partie's the plaintiff close not have the obillity to secure that information. Such gathering of fact's may be vitial to the presen-
- tation of the Claims, or enforcing a fact to Claim that is not materially

Produceable.

Local Counselor's may allready be knowledgeable of Cognizeable facts to present, and will be able to exercize in unrestrained investigation's which could provide basis, or suport a Claim.

Such issue's Arise such as whare the ~~defe~~ plaintiff know's the Condition's He was subjected to were in direct opposition to a standing Concent decree between the U.S. Justice dpt and the Harrison Co. Jail. of unconstitutional conditions, staff training ect. And the plaintiff has exercized his abillity to find and obtain a Copy of the said Consent decree and is unable to do so. he has even filed a freedom of information Act. request which has been pending for aprox four month's, and believe's he is not going to be responded to. an appointment of Counsel may better secure these facts by investigation, which plaintiff believe's would seriously reinforce his Claim's.. see Murrell v. Bennett, 615, F.2d. 306, 311 (5th Cir 1980)

### III

The plaintiff disclose's That he has a Action ~~pending~~ that involve's Complicated issue's and fact's in need of Competent Counsel to handle. to note among other's diliberate indiffrence of Jail officials that involve week's of unsanitary housing which require documentation and Proof that he is unknowlegeable to request, and issue's including multiple masked task force official's and gun man, whare compelling the official's to diclose identification and then to deal with Cirtifiabillity's to the gun man and posession of weapon then if he/she followed Correct procidure in dischargeing weapon's ect. Are complicated issue's in need of Competent Counsel Handleing. This Action involve's aprox 18 Defendant's including rage's of issue's from property deprivation to assault, negligence and diliberate indiffrence And may include necessary action as Adding and/or deleting defendant's And other issue's Causing it to be Complex. see Norton v. Dimazana, 122, F.3d. 286, 293 (5th Cir 1997) Counsel would be able to better sort fact's, relevant from Irrelevant issue's. ~~Whare~~ it is a Considerable possibillity the plaintiff ~~being~~ inexspirianced may

disrupt his own Claim in over exercicing motion writing abillity's on matters that deserve less attention than those in need of serious attention. the Amount of defendant's and Issue's will require substantial amount of paperwork and exspirianced legal personnel would be better prepaired. the statement's and Testimony will be substantial Also, requiring a Knowledgeable person to be able to Conduct effective Cross exsamination of the defendant's which the defendant having no past legal exspiriance feel's he is unprepaired to handle. see Lopez v. Reyes, 692, F.2d. 15 (5th Cir 1982).

## IV

due to the Plaintiff's limited Knowledge of the law he is currently unaware of the Clarity of the law regaurding all his issue's. he understand's some issue's to be legaly Clear but unable to make a determination regaurding all issue's involved. being an additional reason appointment of Counsel becomes essential. the Plaintiff dose Continue to research the law and Continualy fimiliarize's himself regaurding his Area's of Action. he dose not wish to be unprepaired possibly dammageing his Claim of merrit due to his hinderd acess to the law. being an additional reason he request Counsel. may the Court be reminded he dose dilligently research and actively try to learn the law and processes herein.

## V

The plaintiff show's the Court he is not Just totaly ignorant to all abillitie's of law. he dose file this motion in good faith because even though he may file and Cite area's of law adiquately the Action herein is more extensive than filing of motion's, especialy being at a disadvantage to investigate which would suport his Claim's, the Complexity of the issue's and fact's, for Collaberation, being Knowledgeable in what to request in discovery ect: and the Numorous diffrent Claim's require's being fluent in law especialy whare the amount of testimony and exsamination that's required, require's the exspiriance and Handleing

ability of More than a beginer in law.

## VI

The Plaintiff has attempted to obtain Counsel via Mail to Harrison County Civil attorney's but those Letter's have gone unresponded to. this occuring for a period of time pryor to the filing of this action. which by the non-response's Caused the plaintiff to file his Complaint pro se.. as of this time since that filing the Plaintiff has Contacted his family who in turn Contacted Law firm's in attempt to secure Counsel, upon those Contacts attorney assistance has not been secured due to being unable to afford attorney fee's. as well, those attorney's declined to accept on a pro Bono basis. These issue's now lead to the plaintiff requesting the Court to Appoint Counsel. he has tried to secure Counsel otherwise

## VII

Wharefore Primises Considerd, The plaintiff respectfully pray's this Honorable Court Grant him his request, of apointment of Counsel for this action.

Respectfully Submitted
Armstrong J. Knight.
M.W.C.F.
P.O. Box 528
Columbia, MS, 39429

June 30th 2005.
Date