# IN The District Court Of Harrison County, Mississippi
## Southern District.

pg: 1 of 6

Armstrong J. Knight.                                          Plaintiff

　　　v.                                    Action no. 1:05 cv 186 LG JMR

George Payne et al:                                         Defendant's

## Motion of Reconsideraition

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 28 2005
J.T. NOBLIN, CLERK
BY _____ DEPUTY

Comes Now, plaintiff, Armstrong Knight in the above action. to Respectfully request this Honorable Court to reconsider his before made decision to deney the Plaintiff his request for appointment of Counsel for this Cause dated on July 18th 2005. being a motion to appoint Counsel pursuant to 28.U.S.C. § 1915 (e)(1) The Plaintiff would now show the Court the following to-wit:

### I

The Plaintiff produce:s to the Court that he is origionally from sacramento California. He came to Mississippi only to viset when he was arrested. pryor to arrest he was only here for aprox. 1½ month(s). he does not, and has not had any family in the state of mississippi. with the exception of a Sister now, but we do not speak to eachother. the Signifigence is, that all and any issue's needed to be pursued, here in this state, will have to be done by me, because the plaintiff does not have indivisuals to depend on for assistance.

### II

The plaintiff would reassert the fact that he does not have access to a law library or any person(s) trained in law. see (ex A-1) the ficility he is incarcerated in does not provide him with any Caselaw (s), Legal review book's, Litigation manual's nor any Miss. Code ann statue's. he does not recieve any assistance from the ficility in regaurd's to legal material whatsoever. To emphasize how this is destructive to his Claim, show's following:

A.) The mean's of access to Legal material is provided via Mail to a state ficility see (ex B) Legal request form, Any person utilizing this avenue must allready know what Case Law. miss. Code statue. ect: Is wanted before ordering. using this mean's they do not

pg: 2 of 6

Provide any review or table of content's for such Law or Code. the maximum amount of Item's, regaurdless of type, that Can be orderd is (10) ten. once weekly.

B.) The plaintiff is currently engauged In two Civil action's with this Court. he is also engauged with a Post-Conviction Collateral relief in state Court and perspectively two seperate Bar Complaint's. A Conflict is Caused because all three (3).(one, post-conviction Collateral relief, two, Civil action regaurding property, three, Civil action involving unconstitutional condition's while incarcerated.) require seperate case law, Code, statue and diffrent kind of legal application, and that being stated, the plaintiff only being allowed to order ten Item's a week must devide ten request between the seperate issue's causing extended delay to a complete understanding. not withstanding the fact that this process is not realy consistant due to the fact that there are plenty of time's that submitted request go unresponded, and at all time's the reply to request take aprox two to three week's to return. So even though Issue's of law may be clear regaurding issue's to the issue at hand, the plaintiff's abillity to find and cite and order with recieving are seriously hinderd and prejudice's him. especially since he is not provided the help of person's trained in law and not given any avenue that allow's him Broad review to see and understand Civil procidure, Criminal procidure, nor any Littigation manual's to let him understand how to properly conduct discovery, apply a correct defensive arguement or apply a correct Legal arguement and standard.

This suit was brought because The action's taken against the plaintiff were unconstitutional and is need of adressment the plaintiff will need adiquate time to pursue defense's and or Proceed Correctly which will cause unnecessary or undue delay with this action and an attorney would assure no delay, and proceeding's occurred with Correct legal standard with unbregaded access to the law, the same way the defendant's have it.

## III

The plaintiff Proceed's asside from the above would display, an allready prejudice, that he dose not have any of the case law cited within the Court's motion to deney the plaintiff's request. and he understand's that he only has ten (10) day's to assert this motion of reconsideration

So there being no way to order and await the return of the Case law's or Case law's he could use to his bennifit, he has no Case law to assert his position. as well the Court's own motion Case law could present a claim by contrary, the plaintiff is herein without a defense that he could show the Court that may purswade his Hon John M. Roper to reconsider his previous dicision. but the plaintiff will in light of the Court's motion try to show how he fit's the criteria for appointment of counsel, but not as a right.

## IV

As seen in the Court's motion using standard of Ulmer v. Chancellor, 691.F.2d. 209, 212 (5th Cir 1982) The plaintiff show's the following:

A.) type and complexity of the case..

The type of Case as known to the Court Is numorous diffient area's of unconstitutional housing condition's, rangeing from deprivation of property to being abused and shot with a potentially deadly weapon. diffient defendant's numbering more than (15) Fifteen.

The complexity being a serious issue, does not ~~ends~~ begin and end at the fact that area's of law are clear and concise to my specific allegation's. ~~Issue's~~ are at hand that cause it to be complex. The current stance of this case cause's multiple diffient avenue's of littigation whare as the plaintiff is obviously incarcerated and it hinder's his abillity to be able to interview defendant's and other witnesses. (2) The defendant's are not the only people involved. there are multiple people not named as a defendant who were witnesses to fact's or otherwise a vital part of the case, such person's were inmate's in the Jail at the time who now are either released, or Incarcerated in prison. other's are officer's and otherwise staff in the Jail at the time who do and now do not work at the ficility. these person's need to be contacted so their eye-witness account's can be displayed. (3) The necessary paper work required to establish weather or not indivisual's were acting according to procidure, which verry well could show they had not, such as policy(s) procidure, standard's may be avalible from indipendant sorce whareas it is not incorpertated with the Jail's Guideline requires at least someone on the outside to retreve. (4) having the knowledge of what to secure in evidence to present the claim. (5) The fact that in light of littigation, the Jail's policy and procidure will be introduced

Considering the condition's of the Jail, those polocy's and procidure may very well be unconstitutional and need to be adressed within themself's. Causing a complexity. which the Plaintiff does not doubt at all. As well a number of other issue's, outside of clear legal law offten cited in §1983 case's.

B.) indigent able to adiquately present the case.

In all regaurd's, of the specific prong's outlined in "ulmer v. chancellor" this prong may be the only prong the plaintiff is not so disadvantaged. because he continualy learn's the law he will eventualy become sufficent to display his case to whom it may become necessary. only in the presentation thereof. his indigency is still a issue that hinder's his ability to have fact's, circumstance's to present, due to the fact that in the corse of creating his case, of corse it cost money. he does not have any. So whare it may cost to establish some type of material he will fall short which will prejudice presenting the case. and the factor's stated here will cause his case to not be presented adiquately.

C.) weather indigent is in position to intestigate adiquately the case.

The plaintiff is at severe disadvantage to investigate the case, in part because he does not have any money, and he live's alone in mississippi. he could not adiquitely investigate any avenue which seriously prejudice's his claim. A case such as his require's at least a minimum of a expert of functioning's of institution's, which the plaintiff cannot afford. also expert on use of Rubber bullet gun and other tatical weponry, which the plaintiff in bolth respect's are unable to contact and interview nor pay any fee's. As well (2) the Jailhouse staff who no longer work at the Jail need to be pursued and contacted, they will substantiate the claim's by eye-- witness account. the plaintiff does not have the fund's nor any person to help him herein (2) The numorus inmate witnesses who are now in other prison's, which require's Interview, contact, disposition's taken, the plaintiff does not anyone to contact or otherwise contact and interview in the corse of disposition taking and does not have the fund's to pay for them. As well it is a standing regulation that the plaintiff is not allowed to corespond with other prisoner's in other ficilitie's. there is basicly no way the plaintiff can fulfill this avenue. as well research into matter's of the Biloxi task force. police dpt and their practice's of conducting

Pg: 5 of 6

Violent shakedown's with the County Jail as well their related uses to deadly weapons and their policy and procidure indipendant to the Jail's policy and procidure. these Issue's requre person's to Contact and possibly pay for related material, the plaintiff can't do neither, seriously prejudicing his Claim.

A immidiate prejudice arise's whare a inmate prisoner currently incarcerated in the Dept of Correction's who is a related person and eye witness to a specific abuse in this action is soon to be relesed on an exspired sentance. He will leave this state to go back Home in New York. Placing the case in danger by losing the witness and his eye-witness account. Prejudicing the plaintiff's case with irreparable dammage.

D.) The amount of evidence consisting in large part of Conflicting testimony.

At this point in the case there is a great amount of evidence consisting in large part of Conflicting testimony, that evidence currently rest only in the testimony Conflicting of Aprox 18 defendant's, myself and produced witness this is overwelming to the plaintiff whare he has never Cross exsamined nor wached any real amount of Cross exsamine to know how to effectively presue a line of exsamination to produce fact's of truth. also the plaintiff has no mean's to gain this exspiriance whatsoever.

V

The defendant's would not be prejudiced in any way if the Court appointed Counsel, like wise, The plaintiff will be prejudiced if an attorney is not appointed.

VI

The Plaintiff close not rase this motion, Claim and Contention with any thought that he may have the right to apointment of Counsel. He is definately aware that the appointment of Counsel stand's soley as a privilege and not as a right. he proceed's praying that he has presented sufficent fact's and circumstance's to the Court that it see's fit that the plaintiff should be granted his privilege to apointment of Counsel.

VII

With all above stated the plaintiff does state that the defendant's have allready proceeded in discovery requesting that the plaintiff disclose document, List of witnesses to present at trial.

Pg: 6 of 6.

The plaintiff is not in a position to offer all of his material until he is finished with his indipendant research and investigation as well when he Complete's his discovery.

## VIII

In the event the Court does not grant the plaintiff a privilege of appointment of Counsel, The plaintiff will need to proceed with securing processes that will enable him to Contact with his necessary witnesses, mainly those incarcerated in the miss. Dept. of Corrections and otherwise other area's outlined in this motion so he can Acknowledge who he intend's to provide at trial as well as other documentation. The plaintiff will do his best to not inconvience the Court at the same time secure what is necessary to fulfill his need's to present the Matter.

## IX

Wharefore primises Considerd the plaintiff respectfully pray's this Honorable Court reconsider the previous imposed dicision and grant the plaintiff a Privliege of appointment of Counsel.

Respectfully Submitted.
Armstrong Knight.
M.W.C.F.
P.O.B. 528
Columbia, MS, 39429.

Prepared by the plaintiff Armstrong Knight.

Armstrong Knight.                July 27th 2005.
Signed                                    Date.

exhibit A-1.

Affidavit, facts and Circumstances

I, Armstrong J. Knight do hereby swear under the penalty of purjury that the below is true and Correct.

I, Armstrong J. Knight am incarcerated at Marion Walthall Correctional ficility. The ficility does not have any opperating or usefull means to Legal material whatsoever. as well this ficility does not have or provide any legaly trained person's knowledgeable in law.
The ficility does not have or provide Any: Case law, miss. Code statue, Legal treteses, Littigation manual or Law reviews.

Signed by me, Armstrong Knight, without and bennifit's or threat's

Armstrong Knight                                   7-22-05
Signature                                          Date

### Mississippi Department of Corrections
### Inmate Legal Assistance Program Request Form

I. Identification of Inmate: Name _____ Date _____
   MDOC# _____ Unit _____ Zone _____ Bed _____
   Custody Level: A  B  C  D  PC  AS    Work Assignment & Hours _____

II. Type of Assistance Requested:
   a. Packet on Post-Conviction Collateral Relief
      ____ 1. First Step (basic information on when and how to file)
      ____ 2. Second Step (first step must be completed prior to this request)
   b. ____ 42 U.S.C.A. 1983 Form (designate Northern or Southern District)
           You must provide the nature of the complaint and have completed the ARP process
   c. ____ 28 U.S.C.A. 2254 Habeas Corpus Form (Northern or Southern District)
   d. ____ Need to review policy on _____

**IN ORDER TO REQUEST SERVICES BELOW THIS LINE, YOU MUST PROVIDE THE CAUSE NUMBER OF YOUR ACTIVE CASE:** _____

   d. Conference because I cannot read or write: (Please provide a short description of your question)
      _(Does not apply to me)_

   e. Conference because:
      1. I need clarification on a certain area of the law:
         _(Provide's pre-created packets regaurding Criminal law only)_

      2. My case has advanced to a point where I cannot proceed alone: (list last action taken)
         _(Refers me to speak to this facility's staff)_

      3. I need emergency assistance in meeting a deadline on (date) _____
*(If you are requesting immediate access to the legal assistance program, prior to your regularly scheduled day, **you must present paperwork verifying the deadline and inform your tower officer.**)*

   f. Copy of Cited Case(s):
      a. _(order here and reverse side)_
      b. _____
      c. _____
   g. Copy of Statute(s): _____
   h. Rules of Court: _____
   i. Supplies: Pen _____ Paper _____
   j. Copies (list document to be copied) _____
   k. Mail Services: _____
   l. Notary Services: (ID required) List document to be notarized: _____

   By my signature affixed below, I acknowledge that MDOC Policy 20.01, effective 12/15/97, provides reasonable access of Inmates to the Courts which may be used to initiate legal actions pertaining to my sentence and/or confinement within written prescribed security and conduct limits.
   I understand that any disruptive behavior will result in my immediate removal from the Legal Assistance office. Further, I understand a rule violation report may be filed against me as a result of any disruptive behavior, use of profane language, or attempt to access legal assistance under false pretense.
   I also understand that this form must be fully completed by me unless I am unable to write. However, all requests must be **signed** by the person who is requesting assistance.

   Signed, this the _____ day of _____, 20_____.

                                        _____
                                        Signature of Inmate

MDOC Legal Assistance request form 9/02                    S.O.P. 20.01.01/20.02.01/ACA 4264