

## NURSES NOTES

"D" "B" "B" "D"

| DATE | TIME | |
|---|---|---|
| 8-31-02 | | to cell Block to evaluate detainee after confrontation refused medical care —KD— |
| | 2200 | back to evaluate detainee, cont to refuse medical eval —KD— |
| 8-22-02 | 1900 | to cell block to evaluate, refuses med eval —KD— |
| 11-8-02 | 1354 | Called to Block earlier to assess male inmate. Observed small abraded area (0.5"x0.5") to (R) temple, (R) scapula has 1" x 0.5" scrape, (R) iliac crest 1" x 1.5" abrasion. Reported "I also have large knot to back of head." Nurse checked scalp locating 3" X 2.5" raised area to upper Nape (occipital) area. Further stated, "on scale of 1-10, my pain is at '3' and I have pain on (L) back side of my Neck," eyes checked and presented PEARL. Commented that he was in an upset earlier with "the officers" will monitor inmate and pass report to 7-3 nurse. —Patterson LPN— |
| 11-9-02 | 7A | Nurse went to cell block c 7-3 nurse, inmate reassessed. Raised area to back of head greatly decreased, Ø s/s distress or c/o pain at this time. —Patterson LPN— |

Armstrong J. Knight inmate 5/2/8

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---|---|---|---|---|---|
| P | Patterson LPN | | | KD | K Jones RN |

| NAME - LAST | FIRST | MIDDLE | AIS# |
|---|---|---|---|
| Knight | Armstrong | J. | 233685 |

NC-006



EXHIBIT "C-1"

NURSES NOTES

0010

NAPHCARE
NURSES NOTES

| DATE | TIME | |
|---|---|---|
| 8-21-02 | | to cell Block to evaluate detainee after confrontation. Refused Medical Care —— KSV |
| | 2200 | back to evaluate detainee, cont. to refuse medical eval. —— KSV |
| 8-22-02 | 1900 | to cell block to evaluate, refuses med eval —— KSV |
| 11-8-02 | 135A | Called to Block earlier to assess male inmate. Observed small abraded area (0.5" x 0.5") to (R) temple, (R) scapula has 1" x 0.5" scrape, (R) iliac crest 1" x 1.5" abrasion. Reported "I also have large knot to back of head." Nurse checked scalp locating 3" x 2.5" raised area to upper nape (occipital) area. Further Stated, "on scale of 1-10 my pain is at '3' and I have pain on (L) back side of my neck"; eyes checked and presented PEARL. Commented that he was in an upset exchange with "the officers". Will monitor inmate and pass report to 7-3 Nurse. —— Patterson LPN |
| 11-8-02 | 7A | Nurse went to cell block c̄ 7-3 Nurse, inmate re-assessed. Raised area to back of head greatly decreased, Ø s/s distress re c/o pain at this time —— Patterson LPN |
| 11-18-02 | | wt 190 BP 102/60 to see Dr Compton re — |
| | 4A | /neck pain @ wrist pain Compton N |
| 12-6-02 | | Seen at block - (R) hand swollen over top of knuckles, no bruising noted. Inmate states he was in a fight earlier today 104/60 - 72 - 16. Ice applied —— (pen?) Instr. inmate, if cont. to be swollen to notify medical for further tx —— Cpen |
| 12-11-02 | 1329 | Here to see MD for c/o multiple pains BP 124/68 P-78, R-18, Afebrile, wt.-190 —— Whitehead |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---|---|---|---|---|---|
| ψ | Patterson LPN | | | KSV | K Jones RN |

| NAME - LAST | FIRST | MIDDLE | AIS# |
|---|---|---|---|
| Magee | Armstrong | J. | 233685 |

NC-006                           NURSES NOTES

0011

NAPHCARE
NURSES NOTES

| DATE | TIME | |
|---|---|---|
| 1/20/03 | | Hoards medication not taken mothers when giving — W. Ce— LPN |
| 1/27/03 | | Seen in medical for c/o hands hurting. ® & ® wrist + ® hand. ® hand has a knot on top. Wants pain meds re-started. States he didn't take them before because he didn't need them at the time. Instructed him to return medication to Nurse + ask for a PRN order. Will place on MD list — B. ____ |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

| NAME – LAST | FIRST | MIDDLE | AIS# |
|---|---|---|---|
| Knight | Armstrong | T | 233685  BE |

C-006                                    NURSES NOTES

0012

# NaphCare — Physician's Progress Notes

| Date | Time | Notes Must Be Signed By Physician |
|---|---|---|
| 11/8/02 | | He's c/o posterior neck pain that he attributes to an MVA ["accident"] ~ 10-12 days ago. PMHx — Asthma ("resolved") |
| | | i CV — CTA |
| | | Lu — rrr |
| | | Neck — RT/NL ROM |
| | | (1) Neck pain |
| | | — Naprosyn BID |
| | | — flu prn |
| | | [signature] |
| 12/11/02 | | Here's diffuse "pain" including his posterior neck, LS/T/US/LSS bilaterally. |
| | | Neck — RT/NL ROM |
| | | ⊕ US/LSS unremarkable |
| | | Plan — NSAIDs |
| | | flurprn |
| | | [signature] |
| | | Addendum: ⊕ mild ⊕ hand pain — took hx-related to LE ⇒ old fx per inmate ⇒ N/L ROM ⇒ ice prn + flurprn |
| | | [signature] |

0013

| Name - Last | First | Middle | Inmate No. |
|---|---|---|---|
| Knight | Armstrong | | 233685 |

Physician's Progress Notes  ☐ Continued on Reverse    NC007

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: Armstrong J Knight    Date of Request: 11/7/02

ID#: 233685    Date of Birth: 5/27/82    Housing Location: B-E

Nature of problem or request: I Am Still Haveing serious pain's In my Head And Neck Now Back And Wrist I Have Ben Haveing The Wrist And Back Pain's For Over 2 week's Held off Writeng This Thught I Would Wear off Please Help Need Med Atto Armstrong J.Knight

Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
****************************************************************

HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment: c/o pain in wrist back head and Neck.

Plan: MD Sick call

Refer to: ✓ PA/Physician ___ Mental Health ___ Dental

Signature: _____ Title: LPN Date: _____ Time: _____

NC040    HEALTH SERVICES REQUEST FORM

0014

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: ARMSTRONG J KNIGHT   Date of Request: 11/10/02

ID#: 233685   Date of Birth: 5/27/86   Housing Location: B-D-124

Nature of problem or request: I AM HAVENG SOME SERIUS NECK PAIN'S I CANT BEND MY NECK DOWN TO WRITE 4 MIN THAT 5 TO 10 M.h WITHOUT MUCH PAIN'S I FOR THE LAST 2 DAY Bei WAKEING UP FROM HEADACHE'S THAT LAST A LONG TIME ITS HARD TO CONCENTRATE ON READING ECT° PLEASE AND THANK YOU.

ARMSTRENG J KNIGHT
Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
*********************************************

HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP ____ P ____ R ____ T ____

Assessment:

Plan:

Refer to: ___ PA/Physician  ___ Mental Health  ___ Dental

0015

Signature: _____  Title: _____  Date: ____  Time: ____

NC040   HEALTH SERVICES REQUEST FORM