NAPHCARE
HEALTH SERVICES REQUEST FORM

NOV 15 2002

Print Name: ARMSTRONG J KNIGHT  Date of Request: 11/15/02
ID#: 233685  Date of Birth: 5/27/82  Housing Location: B-D-129

Nature of problem or request: I HAVE BEN HAVEING REALY BAD HEADACHES BAD NECK PAINS I NEED MEDICAL HELP PLEASE

ARMSTRONG J KNIGHT
Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP_____ P_____ R_____ T_____

Assessment: Saw MD 11-19-02.

Plan:

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

0016

Signature: SMorton  Title: LPN  Date:_____ Time:_____

NC040   HEALTH SERVICES REQUEST FORM

Jerry Stricklan

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: ARMSTRONG KNIGHT   Date of Request: 12-27-02

ID#: 233685   Date of Birth: 5-27-8_   Housing Location: B-E

Nature of problem or request: Jerry This is AJ I've been having problems contacting my brother again. I'm wondering also about my sister and I need you to write a statement for me — I'll explain when you call me. Please only call when you have a good amount of time to talk.

Sign here for consent to be treated by health staff for the condition described
Armstrong J Knight

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
*********************************************************

HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP____ P____ R____ T____

Assessment: detainee verbalized at length, concerning his family, and his legal situation. Wants supervised visit with sister.

Plan: S.W. asked Capt. Taylor about visit. He stated inmates cannot visit family members, while in jail.

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

Signature: J. Stricklad   Title: LMSW   Date: 1-23-03   Time: ____

NC040            HEALTH SERVICES REQUEST FORM            0017

NAPHCARE
HEALTH SERVICES REQUEST FORM

Print Name: Armstrong S Knight   Date of Request: _____

ID#: 233685   Date of Birth: 5/27/82   Housing Location: D-E-floor

Nature of problem or request: I am having continuously headaches and my hands are aching with great pains.

_____
Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
*******************************************************

HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:
1-21-03 · Kyte answered - placed on NS sick call - CS

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

Signature: _____  Title: _____  Date: _____  Time: _____

NC040             HEALTH SERVICES REQUEST FORM                0018

# Harrison County Adult Detention Center
### George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: _____

Docket #: _____  Date Incarcerated: _____

Inmate Name: ARMSTRONG J KNIFFES

Social Security Number: _____

Charge: _____

Block: B  Section: D
DOB: 5/27/82
Case Number: _____
Cause Number: _____

**(Check One Only)**

1. Booking Records
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Property / Grievances
5. Majors / Captains
6. Counseling
7. Chaplain
8. Other ✓

Religious ____  Psychiatric ____  SARJ RESE o SARJ RESE o SARJ RESE o SARJ RESE

**Explain Need Below:** SARY RESE I HAVE WRITTEN MORE THAN 1 REQUEST FORM ABOUT THIS NOW I AM FUCKING MAD IF I DON'T RECIVE MY SHIT I WILL FORCE YOU PERSENALLY TO COME DOWN HERE AND BEAT ME I AM FUCKING SIRIUS THIS SHIT IS UN SANITARY & IT AINT IN NO FUCKING RULE BOOK I WANT MY SHIT THAT I HAVE BEEN DOWN HERE WITH NO UNDERWARE & SOX WITH THE SAME PAIR OF PANTS & SAME SHIRT FOR OVER 2 WEEKS I AINT TAKING THIS SHIT NO MORE EVRY TIME I GET OUT OF THE SHOWER I PUT ON THE SAME SHIT OK I SEE THIS IS FUNY TO YOU OR SOMTHING WE'LL SEE o

**Staff Response:**

0019

(Inmate: Do not write below this line)

| Date Received: | Date Received: |
| By: | By: |

Date Received: _____
By: _____

Implemented 11/01

# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 8/1/0?

Docket #: _____ Date Incarcerated: _____
Inmate Name: Armstrong J Knight
Social Security Number: _____
Charge: _____

Block: B  Section: D  125
DOB: 5/27/82
Case Number: _____
Cause Number: _____

(Check One Only)

1. Booking Records
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Property / Grievances
5. Majors / Captains
6. Counseling        Religious ___   Psychiatric ___
7. Chaplain
8. Other                       ✓

Explain Need Below: Srg Rese

Sargent Rese this is my 7th day without personal property I have asked several times to each oficer of all the different shift's and they to contact you and or to get my property. They have shued me off to one and ther or brushed me off completely a few of the oficie's tell me to contact you it is important now I need my belonging's I have no clothes period & I need acresses ect. will you please make it able for me to recive my things — 7 day's is awile thank's again Armstrong Knight

Staff Response:

(Inmate: Do not write below this line)

| Date Received: | Date Received: | Date Received: |
|---|---|---|
| By: | By: | By: |

3-ALDF-3E-11 implemented 11/01

0020

# Inmate Request Form

Date of Request: 6/8/02

Docket #: _____  Date Incarcerated: _____  Block: B  Section: D

Inmate Name: ARMSTRONG S KNIGHT  DOB: 3/27/82

Social Security Number: _____  Case Number: _____

Charge: _____  Cause Number: _____

(Check One Only)

1. Booking Records
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Property / Grievances
5. Majors / Captains
6. Counseling          Religious ____  Psychiatric ____
7. Chaplain
8. Other          ✓

Explain Need Below: SRG Reese

SARGENT REESE I HAVE ASKED EVRY OFICER THAT HAS COME THRU THIS FLOOR TO CONTACT YOU SO THAT I COULD POSSIBLY GET MY PERSONAL PROPERTY BACK IT HAS BEN 4 TO 5 DAYS 6TH DAY BY THE TIME YOU GET THIS I HAVE NO SOX'S BOXER'S THEY ARE IN MY BOX I WOULD APPRICIATE THIS GREATLY — ALL OFICER'S CLAIM I HAVE TO ASK YOU FOR MY REQUEST DONT MEAN TO PUT BURDEN ON YOU THANK YOU GREATLY ARMSTRONG — B-D-125

ACCIDENT SORRY ↓ ↓

Staff Response: All items Allowed were issued.

(Inmate: Do not write below this line)

| Date Received: 09-04-02 | Date Received: | Date Received: |
|---|---|---|
| By: 281 | By: | By: |

3-ALDF-3E-11 implemented 11/01

0021