# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

### Inmate Request Form

Date of Request: 9/9/02

Docket #: _____ Date Incarcerated: _____   Block: B  Section: D  231

Inmate Name: Armstrong, Kinght   DOB: 5/27/82

Social Security Number: _____   Case Number: _____

Charge: _____   Cause Number: _____

(Check One Only)

1. Booking Records
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Property / Grievances
5. Majors / Captains
6. Counseling        Religious ___  Psychiatric ___
7. Chaplain
8. Other     X

Explain Need Below: SARG DREXAl

SARRY IF I SPELED your name Rong BAT I still havent got any of my prop But whats up, I know u R Bizzy BAT This is realy dirty now I have no underware I am weang Borrowed Sox and pants These people want there clothes Bac & u & I Both kno. It aint no accident. Sarg Rese aint ansured any of my more than 3 Redist I have ben Respectable too se Plese take 10 15 min to get my thing's or yell at someone to get my thing's this is un sanitary I Just want

Staff Response: The Mas & Cirt Too Thank you.

(Inmate: Do not write below this line)

0022

| Date Received: | Date Received: | Date Received: |
|---|---|---|
| By: | By: | By: |

SOP: 8.1 Implemented 11/01

# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 9/17/0?

Docket #: _____  Date Incarcerated: _____  Block: B  Section: D
Inmate Name: ARMSTRONG Knight  DOB: 5/27/85
Social Security Number: _____  Case Number: _____
Charge: _____  Cause Number: _____

**(Check One Only)**

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor    X  greavence
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other

**Explain Need Below:**

THIS Greavence IS Including more than one Oficer so I don't have multiple greavences SARg Rose HAS Token my personal prop which Includes All my Boxers and sox I have ben sitting here for more than 31 days with out any under are a 2 pair of chthes to change Into I need my person prop to get underware and sox & a nether set of clothes Cpt Taylor HAS Token All Inmate previlege Including Hygene and writing material and has not offered A reason why no disipinary action has Ben needed I have wrote many Request forms
over

**Staff Response:**    *(Inmate do not write below this line)*

| Date Received: | Date Completed: | Date Filed: |
|---|---|---|
| By: | By: | By: |

3-ALDF-3E-11 Implemented 11/01                                    0023

# Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 9/19/02

Docket #: _____  Date Incarcerated: _____  Block: 13  Section: D
Inmate Name: Armstrong Knight  DOB: _____
Social Security Number: _____  Case Number: _____
Charge: _____  Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor  ✓ SHIFT SUPERVISOR
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other

**Explain Need Below:**

I observed Officer Barnes and Sary Reese pack all of Inmate Knight's property and remove it from the section and later return Inmate Knight and none of his property he didn't have a mattress or clothes for about 2 days

[signatures] Clifford Nolan, James Gibson

OVER →

**Staff Response:** (Inmate do not write below this line)

03 boxers
03 socks

* never lost property from inmate

Date Received: 10-3-02  Date Completed: _____  Date Filed: _____
By: DBR  By: _____  By: _____

0024

# Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 9/19/02

Docket #: _____   Date Incarcerated: _____   Block B  Section D

Inmate Name: Armstrong Knight   DOB: _____

Social Security Number: _____   Case Number: _____

Charge: _____   Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor   ✓ SHIFT SUPERVISOR
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other

**Explain Need Below:**

I observed officer Barnes and Sary Rebe pack all of inmate Knight's property and remove it from the section and later return the inmate Knight and none of his property. He didn't have a matress or clothes for about 2 day's

Jo Beels

Clifford Nolan   James Gibson

OVER →

**Staff Response:** (Inmate do not write below this line)

03 boxers
03 socks.

* Never took property from inmate

Date Received: 10-3-02   Date Completed:   Date Filed:
By: ABR   By:   By:

0025

3-ALDF-3E-11 implemented 11/01

I am writing this because of officer Rese's denial of involvement - even the oficer Barins whe assisted him says yes I rember helping Sargy Rese I have ben without underware or sox's for over 4 week's as of now I need my personal belonging's back.

I have submitted the same exsact request to the following.

Sargy Rese

Capt Taylor

The Majer

Director

Thank you

I have obtained the assiting officers confeson to helping oficer Rese ask him yourself

# Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 9/14/02

Docket #: _____   Date Incarcerated: _____   Block B  Section D

Inmate Name: Armstrong Knight   DOB: _____

Social Security Number: _____   Case Number: _____

Charge: _____   Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other ✓

Explain Need Below: SARY ROSE

I observed Officer Barnes and Sary Rose pack all of inmate Knight's property and remove it from the section and latter return inmate Knight and none of his property he dident have a matress or clothes for about 2 days

[signatures: Jon Keeto, Clifford Nolan, James Dixon]

Staff Response: (Inmate do not write below this line)   OVER →

03 Socks
03 Boxers

never took inmates property

| Date Received: 10-3-02 | Date Completed: | Date Filed: |
|---|---|---|
| By: DBK #243 | By: | By: |