...of involvement" even the officer Barn's say's yes I remember helping Stacy Rese. I have ben without underware or sex for over 4 weeks now Ineed my belongings back.

I have sumitted the same exact form's to the following

CAPT TAYOR

THE MASOR

SHIFT SUPERVISOR

THE DIRECTOR


THANK You


I have obtaned the assitny officer's confesion to helping stacy rese ask him your self

0028

# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

### Inmate Request Form

Date of Request: 9/9/02

Docket #: _____ Date Incarcerated: _____ Block: B Section: D Z31

Inmate Name: Armstrong Knight  DOB: 5/27/82 (129)

Social Security Number: _____ Case Number: _____

Charge: _____ Cause Number: _____

(Check One Only)

1. Booking Records ✓
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Property / Grievances
5. Majors / Captains
6. Counseling    Religious ___ Psychiatric ___
7. Chaplain
8. Other

**Explain Need Below:**

I need my inisuel app papers this is the 2 reqest for. That I need all the paper work for my charge I can get form u. Thank you. Armstrong Knight Jr.

**Staff Response:**

Resubmit with all information filled out

(Inmate: Do not write below this line)

| Date Received: 11-18-02 | Date Received: | Date Received: |
| By: [signature] | By: | By: |

SAJDC-3.13 implemented 11/01

0029

## Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 9/24/02

Docket #: _____ Date Incarcerated: _____   Block B  Section D
Inmate Name: Armstrong Knight    DOB: _____
Social Security Number: _____   Case Number: _____
Charge: _____   Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other     ✓

Explain Need Below: Sarg. Reese

I still need my personal prop back it has ben 5 weeks now and I still don't have any underware or sox do you ever read these things that was a real good way of ignoring me today Bravo666 U R going to have to deal with it some time so please return my property I refuse to be vulger or act up it's what u want so good 4 u - It's real good u told me to write some body else & that u don't care and u R not hearing it I kno u  over→

Staff Response:   (Inmate do not write below this line)

Already taken care of.

Date Received: 10-3-02    Date Completed:    Date Filed:
By: DBR    By:    By:

3-ALDF-3E-11 implemented 11/01

0030

R not tru for 5 week's but don't worry I'm pritty shere u dont even kno what u did with my property but that's rite now I lost important phone #'s & adresses thanx's well I'll contiue to write expect another one tomarow & the nex day & the nex & the nex & the nex & the nex & the nex & nex & nex & nex & nex & nex & nex & nex & the nex & nex & nex & nex & the nex I could go on & on also I am & have ben sending them to Capt Taylor the major shift supervisor director & your fellow sargent's evryday.

Thank You

0031

# Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 11/13/02

Docket #: _____  Date Incarcerated: _____  Block B  Section D

Inmate Name: ARMSTRONG J KNIGHT      DOB: _____

Social Security Number: _____       Case Number: _____

Charge: _____                       Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor
5. Majors / Captains       ✓  JeRRY STRICKlANd
6. Counseling
7. Chaplain
8. Reclassification
9. Other

Explain Need Below:

I Fingly got a inmate request slip I need to talk to you I'm Nerv's I feel Threten Here. I feel cicstropherse have problem's I need to Deeuss

Staff Response: (Inmate do not write below this line)

upset, due to detainee not getting his houra day out of cell; S.W. contacted Coptain Taylor, who advised detainee, he would correct the situation. P/tainie is oriented x4; denies suicidal or homicidal idelations

J. Strickland / C, MSW    11-20-02

| ate Received: | Date Completed: | Date Filed: |
|---|---|---|
|  | By: | By: |

DF-3E-11 implemented 11/01

0032

# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 11/25/02

Docket #: _____ Date Incarcerated: _____ Block B Section D

Inmate Name: Armstrong J Knight  DOB: _____

Social Security Number: _____  Case Number: _____

Charge: _____  Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor
5. Majors / Captains  ✓  Jerry Strickland
6. Counseling
7. Chaplain
8. Reclassification
9. Other

**Explain Need Below:**

Can you please pull me out to talk about my phone situation and I need to know if you can make it possible that I use the phone's in central booking ship/recu on thanic's giveing day so I can talk with my brother say happy thanic's giveing and all now it's ben 3 weeks and I am worried about him. I need to speak with officer Richard's witch has a office not to far from you. He said he would come see me but forgot about me its important. Today I am requesting to be removed  over →

**Staff Response:** (Inmate do not write below this line)

most of detainee concerns have been addressed. Denies x(4) denies suicidal or homicidal ideation.
J. Strickland / LMSW    12-4-02

| Date Received: | Date Completed: | Date Filed: |
|---|---|---|
| By: | By: | By: |

3-ALDF-3E-11 implemented 11/01

0033