TO CAPT TAYIOR I WOULD LIKE TO ATTEND A CHURCH SERVICE F'SECTION INMATE'S HOW IS IT POSSIBLE YOU HELP ME GET INTO F'SECTION AND BECAUSE I DON'T WANT NO TRUBLE AND DON'T WANT TO GIVE ANY TRUBLE. IS THARE ANY WAY YOU CAN HE ME RECOVER THE PICTURE'S THAT THE INVESTIGATOR'S TOOK OF M SO I HAVE MY INJURY'S RECORDED I KNOW THEY WILL DESTROY THEM HERE ARE SOME SITUATION'S I NEED HELP WITH AS OF TODAY OR NOW SOON BECAUSE I AM SENDING OUT THE KIT NOW I NEED AND WANT TO TALK TO YOU ABOUT ANY COUSEL/1 OR OTHR RESORCE'S I CAN GET AHOLD OF SO IF YOU WILL FIT ME IN YOUR SECDUAL HERE SOON PLEASE BEFORE THURSDAY THANKSGIVEING OR IF YOU ARE NOT BIZZY TODA, I AM CONCERNED ABOUT MY SISTER TOO WITCH I WOULD LIKE TO TALK TO YOU ABOUT.

PLEASE AND THANK YOU JERRY
STRICKLAND

From
ARMSTRONG
KNIGHT.

0034

# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: __11/26/02__

Docket #: _____   Date Incarcerated: _____   Block __B__ Section __D__
Inmate Name: __Armstrong J Knight__   DOB: __5/27/62__
Social Security Number: _____   Case Number: _____
Charge: _____   Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other   ✓ SGT Reese

**Explain Need Below:**

I am putting my request to you from yesterday in writing I kno it's better that way, but I am wondering if I can be sent to population and removed off of Admin seg I would like to kno if I can be sent to B-E for the church service's held there I will not be a problem to you or anyone including population thank you for your time.

I dont want any more problems at all
Thank you.

**Staff Response:** (Inmate do not write below this line)

Forward to Sgt Reese
Sgt /s/

| Date Received: | Date Completed: | Date Filed: |
|---|---|---|
| By: 11/27/02 62316 | By: | By: |

3-ALDF-3E-11 implemented 11/01

0035

## Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 8/14/03

Docket #: 233685   Date Incarcerated: N/a   Block B   Section P
Inmate Name: Armstrong Knight   DOB: 5/22/82
Social Security Number: N/A   Case Number: N/A
Charge: N/A   Cause Number: N/A

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other ✓

Explain Need Below:   LT, Ladehoff

I am requesting you please do not forget about the incident about Timothy Oliver stealing my tore up notes out of the garbage, the notes pretaining to my case. I want to thank you for all of your assistance in helping me get those back, they are important to me.

Do not forget
and thank you.

Staff Response:   (Inmate do not write below this line)

| Date Received: | Date Completed: | Date Filed: |
|---|---|---|
| By: | By: | By: |

0036

3-ALDF-3E-11 implemented 11/01

# Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: 8/14/03

Docket #: 233685    Date Incarcerated: _____    Block: B    Section: D
Inmate Name: Armstrong Knight    DOB: 5/27/82
Social Security Number: _____    Case Number: _____
Charge: _____    Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other  ✓

**Explain Need Below:**    SGT REESE

I would appriciate if you could let me get a record of all of my r.v.r's since I have been here. it is for proving a fact to the cort. If you will please let me have a print out or what ever the prosess is for showing rvr history.

Thank-

**Staff Response:**    (Inmate do not write below this line)

Foward to Sgt. Reese.
05 RVR's on file / 01-Dismissed

| Date Received: 8-19-03 | Date Completed: 8-20-03 | Date Filed: |
|---|---|---|
| By: LT McCardy | By: DBR #243 | By: |

3-ALDF-3E-11 implemented 11/01

0037

0038

Shift: 1ST

# Harrison County Adult Detention Facility
## George Payne, Sheriff

### Inmate Grievance Report

| Grievance Date | Inmate Name | DOB | Type Of Grievance | Disposition |
|---|---|---|---|---|
| 9/15/02 | CRAIG, CHAD | A/F | NEEDS A NOTARY | FORWARD TO SGT REESE |
| 9/15/02 | NGUYEN, LY THONG | B/A | NEEDS A NOTARY | FORWARD TO SGT REESE |
| 9/15/02 | SWEENEY, VINCENT | A/E | WANTS L/D PROPERTY BACK | FORWARD TO SGT REESE |
| 9/15/02 | KNIGHT, ARMSTRONG X3 | B/D | WANTS L/D PROPERTY BACK | FORWARD TO SGT REESE |
| 9/15/02 | TUCCI, ROBERT | A/E | NEEDS A NOTARY | FORWARD TO SGT REESE |
| 9/15/02 | LANGSTRON, CHARLES | B/A | NEEDS A NOTARY | FORWARD TO SGT REESE |
| 9/15/02 | TRNER, JIMMY | B/B | WANTS L/D PROPERTY BACK | FORWARD TO SGT REESE |

Shift Supervisor: LT. Cookeff

Page 1 of 1

0039

Harrison County Adult Detention Facility
George Payne, Sheriff

Inmate Grievance Report

Shift: 1ST    Shift Supervisor: [signature]

| Grievance Date | Inmate Name | DOB | Type Of Grievance |
|---|---|---|---|
| 9/19/02 | BATES, WENDALL | A/F | MEDICAL |
| 9/19/02 | JOHNSON, SAMUEL | A/A | LEGAL |
| 9/19/02 | FAYARD, PERCY X2 | A/A | MEDICAL |
| 9/19/02 | JONES, CHRISTEL | D/A | INMATE RECORDS |
| 9/19/02 | BAYLISS, WILLIE | A/A | NEEDS A NOTARY |
| 9/19/02 | A-BLOCK C-SECTION | A/C | SPEAKER DOSENT WORK |
| 9/19/02 | ARMSTRONG, KNIGHT | B/D | WANTS PROPERTY BACK |
| 9/19/02 | SISK, RONALD | C/C | WANTS TO KNOW WHERE HIS MAIL IS |

Page 1 of 1