0040

# Harrison County Adult Detention Facility
## George Payne, Sheriff

### Inmate Grievance Report

| Disposition |
|---|
| FORWARD TO MEDICAL |
| FORWARD TO MEDICAL |
| FORWARD TO LEGAL RESOURCE |
| FORWARD TO MEDICAL |
| forward to inmate records |
| FORWARD TO SGT.REESE |
| FORWARD TO9 MAINTANCE |
| FORWARD TO SGT.REESE |
| FOR TO MAIL ROOM |
| |
| |
| |

Shift Supervisor:_____

Page ____ of ____

Harrison County Adult Detention Facility
George Payne, Sheriff

Inmate Grievance Report

Shift Supervisor: _Sgt. McMaster #284_

| Grievance Date | Inmate Name | DOB | Type Of Grievance | Disposition |
|---|---|---|---|---|
| 9/30/02 | JOHNSON, SAMUEL | 12/8/56 | MAINTENANCE/T.V. RELATED | FORWARDED TO MR. CRUTHIRDS |
| 8/28/02 | FULWILER, CAL | 11/12/68 | LEGAL/ATTORNEY RELATED | FORWARDED TO LEGAL RESOURCES |
| 8/29/02 | NGUYEN, CHI | 8/25/75 | MR. BIRD/MICROWAVE | FORWARDED TO MR. BIRD |
| 8/29/02 | DELUCA, ROBERT | 2/25/61 | FOOD/MICROWAVE | FORWARDED TO MR. BIRD |
| 8/30/02 | BELL, JOHNNY | 10/24/59 | SECTION TRANSFER | FORWARDED TO SGT. MCLEMORE BY INMATE REQUEST. |
| 8/30/02 | KNIGHT, ARMSTRONG | 5/27/82 | PROPERTY/CLOTHING | ALL ITEMS WERE ISSUED TO INMATE |
| 8/26/02 | MCKENZIE, GORDON | 5/23/74 | FOOD RELATED | FORWARDED TO MR. BIRD/SPOKE TO KITCHEN DEPUTY. |
| 8/23/02 | JOHNSON, SAMUEL | 12/8/56 | NEWSPAPER | PASSED ON TO ENSURE FAIR DISTRIBUTION OF NEWSPAPER TO ALL SECTIONS AND ALL BLOCKS |
| 8/22/02 | KINSEY, DAVID | 1/15/59 | PROPERTY ISSUE | ITEMS ISSUED TO INMATE. |
| 8/19/02 | COLE, JESSE | 11/15/81 | NOTARY | INMATE RELEASED ON 08/29/02 |
| 8/30/02 | TUCKER, SCOTT | 12/7/84 | NOTARY | FORWARDED TO SGT. REESE PER INMATES REQUEST |
| 8/21/02 | TUCKER, KENNETH | 1/20/59 | NOTARY | FORWARDED TO SGT. PERRONE |

Page 02 of 07

# Harrison County Adult Detention Facility
## George Payne, Sheriff

Shift Supervisor: LT. LADEHOFF
Shift: 1ST

### Inmate Grievance Report

| Grievance Date | Inmate Name | DOB | Type Of Grievance | Disposition |
|---|---|---|---|---|
| 10/6/02 | ARMSTRONG,KNIGHT | BD | PROPERTY | INMATE RECEIVED HIS PROPERTY |
| 10/6/02 | BAILEY,TRABIS | BE | NOTARY | SGT.REESE NOTORIZED PAPERS |
| 10/6/02 | TAYLOR,KEVEN | AA | NOTARY | SGT.REESE NOTORIZED PAPERS |
| 10/6/02 | KIDD,DONALD | AC | NOTARY | SGT.REESE NOTORIZED PAPERS |
| 10/6/02 | HARMON,BOBBY | AC | NOTARY | SGT.REESE NOTORIZED PAPERS |
| 10/6/02 | SWEENEY,VINCENT | AE | DISPLINARY ACTION | SGT.REESE TOOK CARE OF THE PROBLEM |
| 10/3/02 | | | | |

0042

Page 1 of 1

Harrison County Adult Detention Facility
George Payne, Sheriff

Inmate Grievance Report

Shift: _____                                                          Sergeant Legg #316

| Grievance Date | Inmate Name | DOB | Type Of Grievance | Disposition |
|---|---|---|---|---|
| 11/1/02 | Oliver, Timothy | 3/20/02 | Canteen problem | forwarded to Deputy Barnes |
| 11/25/02 | Boyd, Randy | 7/20/82 | Wants property released | Forwarded to booking |
| 11/18/02 | Kidd, Charles | 9/11/33 | Wants to see Jerry Strickland | forwarded to Medical |
| 11/26/02 | Knight, Armstrong | N/A | Move to population | Forwarded to Sgt.Reese |
| 11/25/02 | Sullivan, Becky | N/A | Compliment to a Deputy | forwarded to Captain Taylor |
| 11/26/02 | Bell, Carmel | 5/21/67 | Statement about RVR | Forwarded to Sgt.Reese |
| 11/26/02 | Bell, Carmel | 5/21/67 | Statement about RVR | Forward to Sgt Reese |
| 11/27/02 | Gay, David | 9/14/72 | Inmate not properly classified | Forwarded to Classification |
| 11/22/02 | Westbrook, Paul | 1/21/62 | Needs to talk to investigator | Forwarded to Captain |
| 11/21/02 | Gay, David | 9/14/72 | Wants to get good time | Forwarded to booking |
| 11/20/02 | Dixon, Wayne | 6/8/51 | Wants to talk to Chaplain | Forwarded to Chaplain |
| 11/24/02 | McDonald, Keith | 8/20/69 | Needs shoes out of Property | Inmat was given shoes |

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| | Harrison County Sheriff's Office NARRATIVE FORM | Case # |
|---|---|---|
| ☐ Juvenile Involved ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime R.V.R. Tampering With Locks | Date of This Report 8/21/2002 | Date of Original Report 8/21/2002 |
| | Suspect / Victim Name: Knight, Armstrong #233685 | List Complaint Numbers of Connected Case: Rule Violation Report # 8501 |

On Wednesday 21st August 2002 at or about 0135 hours Deputy Dubois #181 B-Control officer advised Deputy Kent 182 B-Floor officer that Inmate Armstrong Knight in Cell 125 of D-Section was tampering with his Cell Lock. At or about 0140 hours, FTO Caldwell 314, Deputy Liberto #274 and Deputy Kent 182 entered D-Section and Cell 125 and handcuffed Inmate Knight and removed him from the Cell. Deputies Kent 182 and Liberto 274 conducted a search in Cell 125 for the items used for popping the Cell Lock. At or about 0150 hours, Inmate Knight was returned back to his Cell and told by FTO Caldwell #314 to stop messing with the Lock. At or about 0230 hours, Deputy Kent 182 was advised again that Inmate Knight was tampering with the Cell Lock. At or about 0233 hours, Deputies Kent 182 and Liberto 274 entered Cell 125 and obtained the rest of Inmate Knight's property and removed a piece of clear plastic from the door lock. Inmate Knight was advised twice by two different officers to stop tampering with the Lock and refused to comply. End of Report.

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No. 182 Name: T. Kent | Division: Corrections | Reviewing Supervisor: No. 314 O/C Caldwell | Disposition Date: 8-21-02 |

White = Records  Canary = Agency Use  Pink = Court/Detectives  Gold = Shift Capt / Jail   Page 1 of 1

0198

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Informational | Date of This Report 11-07-02 | Date of Original Report 11-07-02 |
| | Suspect/Victim Name: Holt, James / Knight Armstrong | | List Complaint Numbers of Connected Case |

At approximately 2230 hours Sergeant Rogers was advised from B-Block Officers about a disturbance in B-Block D-Section. Sergeant Rogers entered D-Section and was advised that Holt, James Cell 127 had broke his tray hole door by slamming the door against the wall. Sergeant Rogers approached the cell door and advised inmate Holt to back away from the door and lay face down on the floor. Inmate Hot did not comply. Again Inmate Holt was advised to back away from the door and lay face down on the floor. Again Inmate Holt refused. Sergeant Rogers opened the door and grabbed Inmate Holt by his shoulders and attempted to place Inmate Holt on the floor, Inmate Holt began to resist Sergeant Rogers by attempting to pull away and grab Sergeant Rogers arm. Sergeant Rogers was assisted by Sergeant Woullard to restrain inmate Holt on the floor. Inmate Holt was then handcuffed and placed outside the cell. Inmate Holts cell was searched for any more contraband and for any more damage. Photographs were taken of the damage. Sergeant Woullard advised medical at that time to see Inmate Holt. Approximately 2245 hours while waiting for medical to arrive Sergeant Rogers heard a loud banging sound. Sergeant Rogers noticed that in cell 129, which housed Inmate Knight Armstrong, kicking on the door and beating on the window. Sergeant Rogers Approached the cell door and advised Inmate Knight to back away from the door at that time Inmate did comply. Sergeant Rogers then advised Inmate Knight to back up to the wall, Inmate Knight did comply. Sergeant Rogers started to open up the door and then noticed Inmate Knight placing his left foot against the wall with his right foot and then placed his left hand on the wall. Sergeant Rogers advised Inmate Knight to lay face down on the floor. Inmate Knight then stated that I'm gonna make you hurt me. Sergeant Rogers again advised Inmate Knight to lay face down on the floor. Inmate Knight then got on his knees and placed his hands on the floor which appeared Inmate

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No:161 Name:Sgt Rogers | Division: Corrections | Reviewing Supervisor: No:  Name: | Disposition Date 11-07-02 |

White = Records  Canary = Agency Use  Pink = Court/Detectives  Gold = Shift Capt / Jail   Page _1_ of _1_

0001

## HARRISON COUNTY SHERIFF'S DEPARTMENT
### GEORGE PAYNE, SHERIFF

Knight was becoming compliant. Sergeant Rogers opened the cell door and at that time Inmate Knight began to stand up Sergeant Rogers and Sergeant Woullard very quickly attempted to stop Inmate Knight from standing up. Sergeant Rogers and Sergeant Woullard were able to place Inmate Knight back on his hands and knees. Inmate Knight would not let Sergeant Rogers or Sergeant Woullard place Inmate Knight on the floor in a prone position to be hand cuffed. Sergeant Rogers then swept Inmate Knight's right hand with Sergeant Rogers left foot. At that time Inmate Knight went into a prone position to be handcuffed. Inmate Knight did not resist at that time. Inmate Knight remained on the floor while the cell was searched. Inmate Knight stated "you are gonna have to beat my ass because I'm gonna make you come back down here tomorrow night". Inmate Knight cell was searched with out incident. Inmate Knight was uncuffed and advised to stay on the floor until all officers exited the cell. Inmate Knight did comply. End of report.

0002