

# Harrison County Adult Detention Center
## George Payne, Sheriff
### Rule Violation Report

NO 08501

| 1) Inmate Docket #: Z33685 | 2) Inmate Name: Knight, Armstrong #Z33685 | 3) Inmate Housing Block / Section / Cell: B  D  125 |
|---|---|---|
| 4) Date: 8/21/02 | Time: 0230 | 5) Rule violation: ☒ Major ☒ Minor | 6) Evidence ☐ Yes ☒ No  Location: |

Rule Violation(s): Category I: Tampering with Security devices (i.e., Fire Sensors, locking devices, etc.)
Category III: Failure to follow an order from a staff member.

7) Inmate Classification: ☐ Juvenile  ☐ Minimum Security  ☐ Medium Security  ☒ Maximum Security  ☐ Inmate Worker
8) Inmate Placed In Prehearing Detention: ☐ Yes ☒ No    Block: B   Section: D   Cell: 125
9) Notice Served by: C/C Caldwell / Liberto    Date: 8/21/2002    Time: 0230
10) Reporting Officer: No. 192   Name: Knight    Division: Corrections    Reviewing supervisor: No. 314  Name: C/O Caldwell

### To be Completed by Disciplinary Officer

11) Plea Offered by:    Date:    Time:
Plea Accepted ☐ Inmate Initial's:    Plea Refused ☐ Inmate Initial's:    Date:    Time:

### Disciplinary Hearing

12) Date: 8-21-02    Time: 1342    Location: Court Holding

**Board Members**
1. Sgt. Rose, D #243    2.    3.

### 13) Findings of Board

**Narrative of Board Findings:**
Inmate counseled concerning RVR. Inmate housed in B/D for Adm-Seg. Inmate will receive 30 days loss of Priv. until 9-21-02. * Inmate will be moved to B/A or B/B.
* Inmate also advised that he or any other inmate will tamper w/ security devices.

Inmate has shown no signs of any reason why he can't function in a regular section or zone.

14) Guilty ☒   15) Dismissed ☐   16) Criminal Prosecution ☐   17) Other:

### 18) Type of Sanction(s) Imposed

| | Start Date: | Time: | Ending Date: | Time: |
|---|---|---|---|---|
| Punitive Action ☐ N/A | | | | |
| Restricted Canteen ☒ | 8-21-02 | 0230 | 9-21-02 | 0800 |
| Restricted Visitation ☒ | 8-21-02 | 0230 | 9-21-02 | 0800 |

Verbal Warning ☒    Written Warning ☒

Disciplinary Officer No. 243  Name: Sgt. Rose    Division: CORR-ADC    Final Disposition: 8-21-02

**EXHIBIT "C-4"**

White - Inmate Copy    Canary - Inmate File    Green - Disciplinary    [Security]

097

# Rule Violation Report

NJJ8501

| 1) Inmate Docket #: 233685 | 2) Inmate Name: Knight, Armstrong #233685 | | 3) Inmate Housing Block / Section / Cell: B  D  125 |
|---|---|---|---|
| 4) Date: 8/21/02 | Time: 0230 | 5) Rule violation ☑ Major ☑ Minor | 6) Evidence ☐ Yes ☑ No Location: |

Rule Violation (s): Category I: Tampering with Security devices (i.e., Fire Sensors, locking devices, Etc.)
Category III: Failure to follow an order from a staff member.

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☑ Maximum Security ☐ Inmate Worker

8) Inmate Placed In Prehearing Detention: ☐ Yes ☑ No    Block: B   Section: D   Cell: 125

9) Notice Served by: O.C. Caldwell / L. Besto    Date: 8/21/2002    Time: 0230

10) Reporting Officer: No. 182  Name: T. Bent    Division: Corrections    Reviewing supervisor: No. 314  Name: O.C. Caldwell

## To be Completed by Disciplinary Officer

11) Plea Offered by:    Date:    Time:

Plea Accepted ☐ Inmate Initial's: _____    Plea Refused ☐ Inmate Initial's: _____    Date:    Time:

### Disciplinary Hearing

12) Date:    Time:    Location:

### Board Members

1.    2.    3.

### 13) Findings of Board

Narrative of Board Findings:

14) Guilty ☐    15) Dismissed ☐    16) Criminal Prosecution ☐    17) Other:

### 18) Type of Sanction(s) Imposed

| Punitive Action ☐ | Start Date: | Time: | Ending Date: | Time: |
| Restricted Canteen ☐ | Start Date: | Time: | Ending Date: | Time: |
| Restricted Visitation ☐ | Start Date: | Time: | Ending Date: | Time: |

Verbal Warning ☐    Written Warning ☐

Disciplinary Officer: No. ___ Name: ___    Division: ___    Final Disposition Date: ___    Page: ___ of ___

White - Inmate Copy    Canary - Inmate File    Green - Discipline File    Gold - Captain of Security

# Harrison County Adult Detention Center
## George Payne, Sheriff
### Rule Violation Report

NO 09484

1) Inmate Docket #: 233685
2) Inmate Name: Knight Armstrong
3) Inmate Housing Block / Section / Cell: B/D 129
4) Date: 07 NOV 02   Time: 1245
5) Rule violation: ☒ Major ☐ Minor
6) Evidence ☐ Yes ☐ No   Location:

Rule Violation(s): Category II (Major)
B. Destruction of county property (cutting food tray)

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☒ Maximum Security ☐ Inmate Worker
8) Inmate Placed In Prehearing Detention: ☐ Yes ☒ No   Block:   Section:   Cell:
9) Notice Served by: Jenkins 219   Date: 11-09-02   Time: 1630
10) Reporting Officer: No. 219 Name: Jenkins   Division: Corrections   Reviewing supervisor: No. 236 Name: Sgt. McLemore

### To be Completed by Disciplinary Officer
11) Plea Offered by: Reese   Date: 11-12-02   Time: 1100
Plea Accepted ☐ Inmate Initial's:   Plea Refused ☐ Inmate Initial's:   Date:   Time:

### Disciplinary Hearing
12) Date:   Time:   Location:

### Board Members
1.   2.   3.

### 13) Findings of Board
Narrative of Board Findings:
Inmate counseled / 30 days rest priv

* Inmate may be charged for county property.

14) Guilty ☒   15) Dismissed ☐   16) Criminal Prosecution ☐   17) Other:

### 18) Type of Sanction(s) Imposed
Punitive Action ☐ adm   Start Date:   Time:   Ending Date:   Time:
Restricted Canteen ☒   Start Date: 11-7-02   Time: 1245   Ending Date: 12-7-02   Time: 0800
Restricted Visitation ☒   Start Date: 11-7-02   Time: 1245   Ending Date: 12-7-02   Time: 0800
Verbal Warning ☒   Written Warning ☒
Disciplinary Officer: No. 243 Name: Reese   Division: Corr-ADC   Final Disposition Date: 11-12-02   Page: 01 of 01

White - Inmate Copy   Canary - Inmate File   Green - Discipline File   Gold - Captain of Security



# Harrison County Adult Detention Center
## George Payne, Sheriff
### Rule Violation Report

NO 10753

| 1) Inmate Docket #: 233685 | 2) Inmate Name: Knight, Armstrong | 3) Inmate Housing Block / Section / Cell: B E 235 |
|---|---|---|
| 4) Date: 2/25/03  Time: 0955 | 5) Rule violation: RVR  ☐ Major ☒ Minor | 6) Evidence ☐ Yes ☒ No  Location: |

**Rule Violation (s):** Category III (minor)
J. Having Paper, Trash bags or picture over Window (Clothes)

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☒ Maximum Security ☐ Inmate Worker
8) Inmate Placed In Prehearing Detention: ☐ Yes ☒ No   Block:   Section:   Cell:

| 9) Noticed Served by: Collins | Date: 2-25-03 | Time: 1430 |
|---|---|---|
| 10) Reporting Officer: No. 785  Name: Thomas | Division: Corrections | Reviewing supervisor: No. 254 Name: Collins |

### To be Completed by Disciplinary Officer

| 11) Plea Offered by: | Date: | Time: |
|---|---|---|
| Plea Accepted ☐ Inmate Initial's: | Plea Refused ☐ Inmate Initial's: | Date:   Time: |

### Disciplinary Hearing

| 12) Date: 2-25-03 | Time: 1430 | Location: BE 235 |
|---|---|---|

**Board Members**
1. 
2. Collins
3. 

### 13) Findings of Board

**Narrative of Board Findings:**

15 Days restricted Canteen
15 Day restricted visitation

14) Guilty ☐   15) Dismissed ☐   16) Criminal Prosecution ☐   17) Other:

### 18) Type of Sanction (s) Imposed

| | Start Date: | Time: | Ending Date: | Time: |
|---|---|---|---|---|
| Punitive Action ☐ | | | | |
| Restricted Canteen ☒ | 3-3-03 | 0800 | 3-18-03 | 0800 |
| Restricted Visitation ☒ | 02-25-03 | 0800 | 3-12-03 | 0800 |

Verbal Warning ☐   Written Warning ☐

Disciplinary Officer: No. 254 Name: Collins   Division: Corrections   Final Disposition Date: 2-25-03   Page: 1 of 1

White - Inmate Copy   Canary - Inmate File   Green - Discipline File   Gold - Captain of Security

0100

# Harrison County Adult Detention Center
## George Payne, Sheriff
### Rule Violation Report

NO 12659

| 1) Inmate Docket #: | 2) Inmate Name: | 3) Inmate Housing Block / Section / Cell: |
|---|---|---|
| 233685 | KNIGHT, ARMSTRONG | B/D/130 |

| 4) Date: | Time: | 5) Rule violation | 6) Evidence ☐ Yes ☒ No Location: |
|---|---|---|---|
| 04-21-03 | 2215 | ☒ Major ☐ Minor | |

**Rule Violation (s):** CATEGORY II (MAJOR)
H. SALE/POSSESSION OF CONTRABAND (I.E. CIGARETTES, TOBACCO, UNAUTHORIZED FACILITY PROPERTY, ETC

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☒ Maximum Security ☐ Inmate Worker

8) Inmate Placed In Prehearing Detention: ☐ Yes ☒ No   Block:   Section:   Cell:

9) Noticed Served by: Do July Byers    Date: 4-22-03    Time: 2200

10) Reporting Officer: No. 239 Name: SUMRALL    Division: CORRECTIONS    Reviewing supervisor: No. 316 Name: Sgt ___

### To be Completed by Disciplinary Officer

11) Plea Offered by: FRANCABANDERA    Date:    Time:

Plea Accepted ☒ Inmate Initial's: A.K.    Plea Refused ☐ Inmate Initial's:    Date:    Time:

### Disciplinary Hearing

12) Date:    Time:    Location:

### Board Members

| 1. | 2. | 3. |
|---|---|---|

### 13) Findings of Board

**Narrative of Board Findings:**

DISMISSED / CASE / MERIT

- RAZOR WAS IN/FULL INTACT BUT OFFCR DID NOT
- RETRIEVE - PLAIN SIGHT
- PEN WAS FOUND IN DAYROOM

14) Guilty ☐   15) Dismissed ☒   16) Criminal Prosecution ☐   17) Other:

### 18) Type of Sanction (s) Imposed

| Punitive Action ☐ | Start Date: | Time: | Ending Date: | Time: |
|---|---|---|---|---|
| Restricted Canteen ☐ | Start Date: | Time: | Ending Date: | Time: |
| Restricted Visitation ☐ | Start Date: | Time: | Ending Date: | Time: |

Verbal Warning ☐    Written Warning ☐

Disciplinary Officer: No. 225 Name: FRANCABANDERA    Division: CORRECTIONS    Final Disposition Date: 4/24/03    Page: ___ of ___

White - Inmate Copy    Canary - Inmate File    Green - Discipline File    Gold - Captain of Security

0101

# Harrison County Adult Detention Center
## George Payne, Sheriff
### Rule Violation Report

NO 13234

| 1) Inmate Docket #: 233685 | 2) Inmate Name: KNIGHT, ARMSTRONG | 3) Inmate Housing Block / Section / Cell: B D 128 |
|---|---|---|
| 4) Date: 05-22-03  Time: 2330 | 5) Rule violation ☒ Major ☐ Minor | 6) Evidence ☐ Yes ☒ No  Location: |

**Rule Violation(s):** CATEGORY I MAJOR (K) TAMPERING WITH SECURITY DEVICES. (PAPER IN THE LOCKS.)

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☒ Maximum Security ☐ Inmate Worker

8) Inmate Placed In Prehearing Detention: ☒ Yes ☐ No    Block: B    Section: D    Cell: 128

9) Noticed Served by: Ronald Byers    Date: 5-23-03    Time: 2108

10) Reporting Officer: No. 306 Name: BYERS    Division: CORRECTIONS    Reviewing supervisor: No. 516 Name: SAM

### To be Completed by Disciplinary Officer

11) Plea Offered by: FRANCABANDERA    Date: 5/27/03    Time: 1900

Plea Accepted ☒ Inmate Initial's: AK    Plea Refused ☐ Inmate Initial's:    Date:    Time:

### Disciplinary Hearing

12) Date:    Time:    Location:

### Board Members
1.    2.    3.

### 13) Findings of Board

**Narrative of Board Findings:**

* INMATE ADMITS PAPER IN LOCK
* INMATE IS CURRENTLY ON AD SEG
* STATUS UNK — REVIEW CASE W/ #151
* INMATE PERSONAL PROPERTY INVENTORIED & PLACED IN PROPERTY
* L/D 7 DYS (STRAIGHT)

14) Guilty ☒   15) Dismissed ☐   16) Criminal Prosecution ☐   17) Other:

### 18) Type of Sanction(s) Imposed

| | Start Date: | Time: | Ending Date: | Time: |
|---|---|---|---|---|
| Punitive Action ☒ | 5/22/03 | 2330 | 5/27/03 | 1800 |
| Restricted Canteen ☐ | | | | |
| Restricted Visitation ☐ | | | | |

Verbal Warning ☒    Written Warning ☒

Disciplinary Officer: No. 225 Name: FRANCABANDERA    Division: CORRECTIONS    Final Disposition Date: 5/27/03    Page: ___ of ___

White - Inmate Copy    Canary - Inmate File    Green - Discipline File    Gold - Captain of Security

0102