# Harrison County Adult Detention Center
## George Payne, Sheriff
## Rule Violation Report

NO 13232

1) Inmate Docket #: 233685
2) Inmate Name: KNIGHT ARMSTRONG
3) Inmate Housing Block / Section / Cell: B D 128

4) Date: 05-23-03   Time: 1520
5) Rule violation: [X] Major [ ] Minor
6) Evidence [ ] Yes [X] No   Location:

Rule Violation(s): CATEGORY I MAJOR (K) TAMPERING WITH SECURITY DEVICES. (PAPER IN THE LOCKS.)

7) Inmate Classification: [ ] Juvenile [ ] Minimum Security [ ] Medium Security [X] Maximum Security [ ] Inmate Worker
8) Inmate Placed In Prehearing Detention: [X] Yes [ ] No   Block: B   Section: D   Cell: 128
9) Noticed Served by: Denni Byers   Date: 5-23-03   Time: 2108
10) Reporting Officer: No. 306 Name: BYERS   Division: CORRECTIONS   Reviewing supervisor: No. 316 Name: Sgt __

### To be Completed by Disciplinary Officer

11) Plea Offered by: FRANCABANDERA   Date: 5/27/03   Time: 1900
Plea Accepted [X] Inmate Initial's: AK   Plea Refused [ ] Inmate Initial's:   Date:   Time:

### Disciplinary Hearing

12) Date:   Time:   Location:

### Board Members
1.   2.   3.

### 13) Findings of Board

**Narrative of Board Findings:**

* INMATE STATUS UNK RVW CASE W/ 151
* INMATE GUILTY OF PAPER IN LOCKS
* 14 DYS L/D & PRIVS
* INMATE CURRENTLY LISTED ON AD SEG HOWEVER HAS MOVED TO PHD / DISCIPLINARY SANCTION BASED ON (2) C-I K INCIDENTS
* INMATE ADVISED HE MAY BE CONSIDERED A SECURITY RISK IF BEHAVIOR CONTINUES
* VERBAL & WRITTEN WARNING

14) Guilty [X]   15) Dismissed [ ]   16) Criminal Prosecution [ ]   17) Other:

### 18) Type of Sanction(s) Imposed

Punitive Action [X]   Start Date: 5/27/03   Time: 1800   Ending Date: 6/10/03   Time: 1800
Restricted Canteen [X]   Start Date: 5/26/03   Time: 1800   Ending Date: 6/9/03   Time: 1800
Restricted Visitation [X]   Start Date: 5/27/03   Time: 1800   Ending Date: 6/10/03   Time: 1800

Verbal Warning [X]   Written Warning [X]

Disciplinary Officer: No. 225 Name: FRANCABANDERA   Division: CORRECTIONS   Final Disposition Date: 5/27/03   Page: __ of __

White - Inmate Copy   Canary - Inmate File   Green - Discipline File   Gold - Captain of Security

0103

# Harrison County Adult Detention Center
## George Payne, Sheriff
### Rule Violation Report

NO 13238

| 1) Inmate Docket #: 233685 | 2) Inmate Name: KNIGHT, ARMSTRONG | 3) Inmate Housing Block / Section / Cell: B D 128 |
|---|---|---|
| 4) Date: 05-23-03  Time: 2115 | 5) Rule violation ☒ Major ☐ Minor | 6) Evidence ☐ Yes ☒ No Location: |

Rule Violation (s): CATEGORY I MAJOR (F) THREATENING ANY PERSON WITH DEATH, VIOLENT INJURY.
II MAJOR (N) VIOLATION OF THREE MINOR OFFENSES WITHIN 30 DAYS
III MINOR (B) PROFANE LANGUAGE (H) DISORDERLY CONDUCT
(I) DISRESPECT (K) FAILURE TO MAINTAIN A SANITARY HOUSING AREA
(O) NOT WEARING AN ARMBAND

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☒ Maximum Security ☐ Inmate Worker

8) Inmate Placed In Prehearing Detention: ☒ Yes ☐ No   Block: B   Section: D   Cell: 128

9) Noticed Served by: Deputy Pungo   Date: 5-24-03   Time: 0030

10) Reporting Officer: No. 306 Name: BYERS   Division: CORRECTIONS   Reviewing supervisor: No. 316 Name: [illegible]

### To be Completed by Disciplinary Officer

11) Plea Offered by:    Date:    Time:

Plea Accepted ☐ Inmate Initial's:   Plea Refused ☐ Inmate Initial's:   Date:   Time:

### Disciplinary Hearing

12) Date:    Time:    Location:

### Board Members

1.    2.    3.

### 13) Findings of Board

Narrative of Board Findings:

Dismissed A/O #243
ARMB PLACED

Verbal + written warning given

14) Guilty ☐   15) Dismissed ☒   16) Criminal Prosecution ☐   17) Other:

### 18) Type of Sanction (s) Imposed

| Punitive Action ☐ | Start Date: | Time: | Ending Date: | Time: |
|---|---|---|---|---|
| Restricted Canteen ☐ | Start Date: | Time: | Ending Date: | Time: |
| Restricted Visitation ☐ | Start Date: | Time: | Ending Date: | Time: |

Verbal Warning ☒   Written Warning ☒

Disciplinary Officer: No. 243 Name: Reese   Division: CORR-ADC   Final Disposition Date: 6-2-03   Page: 01 of 02

White - Inmate Copy    Canary - Inmate File    Green - Discipline File    Gold - Captain of Security

0104

# Harrison County Adult Detention Center
## George Payne, Sheriff
## Rule Violation Report

NO 14301

| 1) Inmate Docket #: | 2) Inmate Name: | 3) Inmate Housing Block / Section / Cell: |
|---|---|---|
| 233685 | KNIGHT, ARMSTRONG | B D 128 |

| 4) Date: | Time: | 5) Rule violation | 6) Evidence ☐ Yes ☒ No Location: |
|---|---|---|---|
| 05-27-03 | 1520 | ☒ Major ☐ Minor: | |

**Rule Violation (s):** CATEGORY I MAJOR (K) TAMPERING WITH SECURITY DEVICES. (TOILET PAPER IN DOOR LOCK)

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☒ Maximum Security ☐ Inmate Worker

8) Inmate Placed In Prehearing Detention: ☒ Yes ☐ No   Block: B   Section: D   Cell: 128

| 9) Noticed Served by: | Date: | Time: |
|---|---|---|
| Deputy Byers | 5/27/03 | 2130 |

| 10) Reporting Officer: No. 306 Name: Byers | Division: CORRECTIONS | Reviewing supervisor: No. 316 Name: S/M |

### To be Completed by Disciplinary Officer

| 11) Plea Offered by: | Date: | Time: |
|---|---|---|
| | | |

| Plea Accepted ☐ Inmate Initial's: | Plea Refused ☐ Inmate Initial's: | Date: | Time: |

### Disciplinary Hearing

| 12) Date: 6-2-03 | Time: 1805 | Location: B/D |

### Board Members

| 1. | 2. | 3. |

### 13) Findings of Board

**Narrative of Board Findings:**

Dismissed A/O #245

14) Guilty ☐   15) Dismissed ☒   16) Criminal Prosecution ☐   17) Other:

### 18) Type of Sanction (s) Imposed

| Punitive Action ☐ | Start Date: | Time: | Ending Date: | Time: |
| Restricted Canteen ☐ | Start Date: | Time: | Ending Date: | Time: |
| Restricted Visitation ☐ | Start Date: | Time: | Ending Date: | Time: |

Verbal Warning ☒   Written Warning ☒

| Disciplinary Officer: No. 243 Name: Pease | Division: CORR-ADM | Final Disposition Date: 6-2-03 | Page: 01 of 01 |

White - Inmate Copy    Canary - Inmate File    Green - Discipline File    Gold - Captain of Security

0105

# Harrison County Adult Detention Center
## George Payne, Sheriff
## Rule Violation Report

NO 14386

| 1) Inmate Docket #: | 2) Inmate Name: | 3) Inmate Housing Block / Section / Cell: |
|---|---|---|
| 233685 | Knight, Armstrong | B-Block D-128 |

| 4) Date: | Time: | 5) Rule violation | 6) Evidence ☐ Yes ☒ No Location: |
|---|---|---|---|
| 5-31-03 | 0745 | ☐ Major ☒ Minor: | |

**Rule Violation (s):** Category III (minor)

I. Disrespect

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☒ Maximum Security ☐ Inmate Worker

8) Inmate Placed In Prehearing Detention: ☒ Yes ☐ No   Block: B   Section: D   Cell: 128

| 9) Noticed Served by: | Date: | Time: |
|---|---|---|
| Chausse #170 | 5-31-03 | 1400 |

| 10) Reporting Officer: | Division: | Reviewing supervisor: |
|---|---|---|
| No. 170 Name: Chausse | Corrections | No. 236 Name: McLemore |

### To be Completed by Disciplinary Officer

| 11) Plea Offered by: | Date: | Time: |
|---|---|---|
| | | |

| Plea Accepted ☐ Inmate Initial's: | Plea Refused ☐ Inmate Initial's: | Date: | Time: |
|---|---|---|---|

### Disciplinary Hearing

| 12) Date: 5-31-03 | Time: 1400 | Location: B-Sallyport |
|---|---|---|

### Board Members

| 1. FTO Ellsberry #231 | 2. Chausse #170 | 3. |
|---|---|---|

### 13) Findings of Board

**Narrative of Board Findings:**

Inmate Guilty. Inmate Given 15 days restriction of canteen and visitation.

| 14) Guilty ☒ | 15) Dismissed ☐ | 16) Criminal Prosecution ☐ | 17) Other: |
|---|---|---|---|

### 18) Type of Sanction (s) Imposed

| Punitive Action ☐ | Start Date: | Time: | Ending Date: | Time: |
|---|---|---|---|---|
| Restricted Canteen ☒ | 6-2-03 | 0700 | 6-17-03 | 0700 |
| Restricted Visitation ☒ | 6-2-03 | 0700 | 6-17-03 | 0700 |

Verbal Warning ☐         Written Warning ☐

| Disciplinary Officer: | Division: | Final Disposition Date: | Page: 1 of 1 |
|---|---|---|---|
| No. 231 Name: FTO Ellsberry | Corrections | 5-31-03 | |

White - Inmate Copy   Canary - Inmate File   Green - Discipline File   Gold - Captain of Security

0106



# Harrison County Adult Detention Center
## George Payne, Sheriff
### Rule Violation Report

NO 13969

1) Inmate Docket #: 233695
2) Inmate Name: KNIGHT, ARMSTRONG
3) Inmate Housing Block / Section / Cell: R D 12 ?
4) Date: 07-18-03   Time: 1520
5) Rule violation: ☑ Major ☑ Minor
6) Evidence: ☐ Yes ☑ No   Location:

Rule Violation(s): CATAGORY I. K. (MAJOR) - TAMPERING WITH SECURITY DEVICES (I.E. LOCKING DEVICES). CATAGORY II. C. (MAJOR) - EXTORTION OR INTIMIDATION OF FELLOW INMATES OR OFFICER. CATAGORY II. K. (MAJOR) - BEING FOUND IN SOMEONE ELSE ROOM DURING HEADCOUNT. CATAGORY III. H. (MINOR) - DISORDERLY CONDUCT. CATAGORY III. R. (MINOR) - FAILURE TO FOLLOW AN ORDER FROM A STAFF MEMBER.

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☑ Maximum Security ☐ Inmate Worker
8) Inmate Placed In Prehearing Detention: ☐ Yes ☐ No   Block:   Section:   Cell:
9) Noticed Served by: P. Ulius 205   Date: 07-18-03   Time: 1600
10) Reporting Officer: No. 205 Name: P. Ulius   Division: CORRECTIONS   Reviewing supervisor: No. 236 Name: McLemore

### To be Completed by Disciplinary Officer
11) Plea Offered by: Sgt Gregs   Date: 7/20/03   Time: 0400
Plea Accepted ☑ Inmate Initial's: X A.K.   Plea Refused ☐ Inmate Initial's:   Date:   Time:

### Disciplinary Hearing
12) Date:   Time:   Location:

### Board Members
1. Deputy Littlefield
2.
3.

### 13) Findings of Board
**Narrative of Board Findings:**

Inmate admits to tampering with locking devices and being found in another inmate's cell during headcount. Guilty of Cat I - sect. K and Cat II category II

Already on admin segregation

Inmate advised to stop tampering with locking devices and follow rules.

30 days loss of canteen

14) Guilty ☑   15) Dismissed ☐   16) Criminal Prosecution ☐   17) Other:

### 18) Type of Sanction(s) Imposed
| | Start Date | Time | Ending Date | Time |
|---|---|---|---|---|
| Punitive Action ☐ | | | | |
| Restricted Canteen ☑ | 7/20/03 | 0730 | 8/19/03 | 0730 |
| Restricted Visitation ☐ | | | | |

Verbal Warning ☑   Written Warning ☑

Disciplinary Officer: No. 327 Name: Gregs   Division: Corrections   Final Disposition Date: 7/20/03   Page: 1 of 1

White - Inmate Copy   Canary - Inmate File   Green - Discipline File   Gold - Captain of Security

0107



# Harrison County Adult Detention Center
## George Payne, Sheriff
### Rule Violation Report

NO 18443

1) Inmate Docket #: 233685
2) Inmate Name: Knight, Armstrong
3) Inmate Housing Block / Section / Cell: B A 104
4) Date: 11-26-03  Time: 11/20
5) Rule violation: ☒ Major ☐ Minor
6) Evidence ☐ Yes ☒ No  Location:

Rule Violation(s): Category I(k) Tampering with security devices (ie fire sensors, locking devices etc)

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☐ Medium Security ☒ Maximum Security ☐ Inmate Worker
8) Inmate Placed In Prehearing Detention: ☒ Yes ☐ No  Block: B  Section: A  Cell: 104
9) Noticed Served by: Jenkins #219  Date: 11-26-03  Time: 1530 Hours
10) Reporting Officer: No. 180 Name: Thompson  Division: Corrections  Reviewing supervisor: No. 314 Name: S/b Caldwell

### To be Completed by Disciplinary Officer

11) Plea Offered by: Sgt Roose  Date: 12-1-03  Time: 1500
Plea Accepted ☒ Inmate Initial's:   Plea Refused ☐ Inmate Initial's:   Date:   Time:

### Disciplinary Hearing

12) Date:   Time:   Location:

### Board Members

1.   2.   3.

### 13) Findings of Board

**Narrative of Board Findings:**

L/D 18dys + 15dys restr priv

Dismissed

14) Guilty ☒  15) Dismissed ☐  16) Criminal Prosecution ☐  17) Other:

### 18) Type of Sanction(s) Imposed

| | Start Date | Time | Ending Date | Time |
|---|---|---|---|---|
| Punitive Action ☒ | 11-26-03 | 1400 | 12-15-03 | 2300 |
| Restricted Canteen ☐ | | | | |
| Restricted Visitation ☒ | 11-26-03 | 1400 | 12-11-03 | 0800 |

Verbal Warning ☒    Written Warning ☒

Disciplinary Officer: No. 243 Name: Sgt Roose  Division: CORR  Final Disposition Date: 12-1-03  Page 1 of 1

White - Inmate Copy    Canary - Inmate File    Green - Discipline File    Gold - Captain of Security

0108

**Harrison County Adult Detention Center**
George Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: _____

Docket #: _____    Date Incarcerated: _____    Block: B    Section: D
Inmate Name: ARMSTRONG JACOB KNIGHT    DOB: 5/27/82
Social Security Number: 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    Case Number: _____
Charge: MURDER    Cause Number: _____

(Check One Only)

1. Booking Records / Property
2. GED-Life Skills    X
3. Inmate Accounts / Indigent
4. Grievances / Shift Supervisor
5. Majors / Captains
6. Counseling
7. Chaplain
8. Reclassification
9. Other

**Explain Need Below:**

I need books from law library Mississippi law under Homicide the whole thing sentence & punishment murder, capital crime, malice, insanity, manslaughter & so on so forth ect. court rules & regu, annotations or notes of dicision lawyars edition V5 lawyars edition 2 series. Thank you & venue ect. I need a dictionary from A to Z a full volume.

**Staff Response:**    (Inmate do not write below this line)

| Date Received: 8/5/02 | Date Completed: | Date Filed: |
|---|---|---|
| By: | By: | By: |

3-ALDF-3E-11 implemented 11/01

0109