Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ARMSTRONG JACOB KNIGHT, #100175,
    Plaintiff,

VERSUS    CIVIL ACTION NO. 1:05cv32LG-JMR

SHERIFF GEORGE PAYNE, JR.,
CARL RHODES, and JOEY TRACY,
    Defendants.

-------------------------------------------

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ARMSTRONG JACOB KNIGHT, #100175,
    Plaintiff,

VERSUS    CIVIL ACTION NO. 1:05cv186LG-JMR

SHERIFF GEORGE PAYNE, JR., et al.,
    Defendants.

DEPOSITION OF ARMSTRONG JACOB KNIGHT

**ORIGINAL**

Taken at the South Mississippi

Correctional Facility, 22689 Highway

63 North, Leakesville, Mississippi,

on Thursday, February 9, 2006,

beginning at 8:58 a.m.


EXHIBIT "D"

APPEARANCES

ARMSTRONG JACOB KNIGHT, PRO SE
South Mississippi Correctional Facility
22689 Highway 63 North
Leakesville, Mississippi   39451


BOBBY R. LONG, ESQUIRE
Dukes, Dukes, Keating & Faneca, P.A.
14094 Customs Boulevard, Suite 100
Gulfport, Mississippi   39503
    ATTORNEY FOR DEFENDANTS




REPORTED BY:

SANDRA D. COCHRAN, CSR #1640

out, somebody was going to come down and talk to us and let this dude know that he wasn't going to do this anymore.

And I had got to Franco Bandera through the speaker in our foyer. And he said, you're going to get out. He came back, you know, this is like nearing the count. He said, I'm here now, you're definitely going to get your time. It was, like, an hour before count time, we had got let out. He had came down, put shackles and handcuffs on us, and he had let us out. And 20 minutes later, we weren't out 15 or 20 minutes, he comes back saying we got to go back in our cell.

We're fed up now. I mean, Franco told us that we could get out, you know, you let us out. We've been getting screwed over all this time. And so, we were put -- we went back into the foyer, but we didn't go in our cells. And we were, you know, putting up a dispute.

I was at the speaker talking to Franco Bandera. They had called two more officers over, and they were telling us we

Page 50

1  had to go back in our cell. And all these
2  officers said, yeah, you know, it's almost
3  count time, there is nothing we can do about
4  it now. They had been knowing about it, you
5  know, the whole time it's been going on.
6       So what they did is, the other
7  inmate, they had put him back in his cell.
8  I had an officer standing here watching me
9  talking to Franco in the tower. Franco was
10 telling me to go back in the cell. This
11 officer was telling me to go back in the
12 cell. But I was steady arguing at Franco
13 telling him, you know, we aren't going to
14 get nothing, so we need his help. He said
15 the next day we were going to get our hour
16 out for sure.
17      Well, they had ended up putting the
18 other inmate back in his cell. He breaks
19 his handcuffs off his wrist someway, I don't
20 know, and throws the handcuffs out the cell,
21 telling them that if they ever thought they
22 were going to put him in a cell or in
23 handcuffs or shackles, again, they was wrong
24 because, you know, he's not going to get
25 treated like this anymore.

Page 55

told Richard to put me in handcuffs and shackles. So Richards puts me in handcuffs and shackles. I'm on the ground face down, and they're interrogating me now, like I done did something. And I told them, look, I didn't do nothing. And I explained to them about Clark, who's standing right here, saying, you know, he's been cheating us out of our hours, this and that. And he admitted to not giving us our hour out.

And I said, so -- and they kept on blaming me for the stuff that was broken. And I said, look, I didn't break none of that stuff. I was trying to be cool, you know, because I didn't want to get beat up anymore. And they just kept on coming at me like, you know, I had did something, like I had broke something, like I had caused this whole thing to happen.

And finally, I hollered down the hall to Tokyo -- or the other inmate, sorry, and I said, man, tell these people that I didn't break nothing, that it was your handcuffs, you broke them, and you broke the flap on the door, because this was the only

1  thing that was broken.  And he told them, he
2  said, look, I broke that stuff.  Now, y'all
3  already whooped me, he didn't do nothing,
4  y'all should leave him alone.
5          And that just wasn't enough because
6  this dude -- after that, Woolard had really
7  just started taking on the questioning, and
8  he -- Woolard had really started taking on
9  the questioning, where he just wouldn't let
10 it to go.  Like, you know, I already got
11 this dude saying that he screwed us over,
12 Tokyo down the hallway letting them know
13 that I didn't break nothing, and, you know,
14 what's left.  I didn't -- you know, the only
15 thing I had did was object when I was
16 already out there, and I was already talking
17 to Franco.
18         So they wasn't beating me for not
19 going back to my cell or nothing like that.
20 It was just, you know, because I was
21 involved or in this situation.  And I got
22 sick and tired of just how he was talking to
23 me, kept on blaming me when I had already
24 proven that I didn't do nothing.
25         And he said -- the last thing he

1  said was about -- he started telling me that
2  I better not -- he was telling me about
3  my -- you know, me doing this kind of thing
4  and all this, like it was still my fault and
5  I had broke something. And I finally said,
6  fuck you. That's about it, that's all I
7  said. I said, man, fuck you. You know,
8  excuse my language. And he said, nobody
9  cusses me. He just got really, really mad
10 then. He said, nobody cusses me, and he
11 jumped on my back and just started smashing
12 my face into the ground.
13     Q.   Now, who is this?
14     A.   Woolard, Sergeant Woolard. And he's
15 on my back. Now I was laying on the ground.
16 Again, I didn't expect him to do anything
17 like this. I was just tired. You know, I
18 had been -- I had not been out my cell all
19 week, you know. It was just that kind of
20 thing. He had just -- at this time, other
21 officers were there, but they were just in
22 the front of the cell, like, this door here.
23     Q.   When you say the other officers,
24 those are the officers you have already
25 identified?