was nodding, you know, like -- I guess, you know, it was just surprising to him, too. He ended up leaving, going back down to the cell. He didn't say nothing to me. After I said all that and he did that, he walked straight back down to the other cell.

      I called Sergeant Lejeay back, and I said basically the same thing, you know, where is that in the handbook. I need a doctor. My head hurts. I'm all messed up. And she said, we're getting you a doctor, we're going to call one down here, you know, one is on their way. And she had left and went back down to the other cell.

      And they left after that. I had stayed in my cell. I had laid down for a minute. I was pushing my emergency buttons. None of those buttons work in that whole B-D. You can push those buttons for as long as you want to; nobody is coming.

      And about 1:30 in the morning, Sergeant Drexil comes around. He's not identified in my complaint because I'm not suing him. And he had heard about what had went on. He wasn't no stranger to this kind

1  of thing.  He had come down knowing full
2  well what had happened.  He had came down
3  there specifically to see how we were doing
4  after this whole thing had happened.
5       And the other inmate had bruises all
6  over him.  I had my bruises.  I had a big
7  old lump on the back of my head from where
8  the dude had been hitting me.  My nose and
9  my face was messed up.  I had, you know, a
10 line on my neck from where I had been
11 choked.
12      And he was, like, I'm getting you
13 guys a doctor right now.  Ten minutes later,
14 a doctor was there taking, you know, your
15 notes, examining us, giving us Band-Aids and
16 medicine and this kind of thing.  She
17 couldn't really do too much because it was
18 in the middle of the night, so she did
19 everything she could do.  And I had got all
20 my stuff tooken care of, and she had gave
21 me --
22      Q.   What time are we talking about?
23 When was this?  What's the best thing you
24 recall?
25      A.   It was dark outside.

1  Q. I'm talking about what month.

2  A. November, I believe.

3  Q. Of 2003 or 2002?

4  A. 2002. This was like a month after, you know, the final situation of the property stuff. And, I mean, stuff happens in there like -- (INDICATING) -- you know what I'm saying?

So after that, I had been seeing the doctor regularly after that. She had, you know, did whatever she did to have me checked up, and I had my regular checkups and that kind of thing. That was the -- that's the occurrence that happened on that time.

Now, before this, I had already seen all of these officers act violent towards inmates except for Clark. I felt threatened by him, but I didn't think that he would go that far with it because he had just got there, anyway. So I did complain about him, but the other officers I really complained about as far as my immediate fear of threat against, you know, Rogers, Woolard and -- I'm trying to think of the little short

1  cell until the next morning.  I was so
2  pissed, I couldn't -- I went straight to
3  that phone when they let me out, and I
4  called my people, the same people I had call
5  internal affairs last time.  I had them -- I
6  told them everything that had went on.  And
7  they had -- they addressed it harder than
8  maybe the last time, because last time it
9  took them a couple of days to come and take
10 pictures of me.  This time it took them --
11 it wasn't 30 minutes after I got off the
12 phone, internal affairs was down there
13 taking pictures.
14         And the dude, when he came down,
15 started talking to me like I was being
16 aggressive and like I was threatening them
17 in some kind of way.  And, man, I was like,
18 look, dude, I don't know what you're talking
19 about right now.  Because he was saying, you
20 ain't going to jump on us, are you.
21    Q.  Who was that?
22    A.  I don't know his name.  If I seen
23 his picture -- he's a captain, though.  And
24 I believe he works up there, and he's in
25 internal affairs or in the investigation

1  department upstairs.
2        And he was telling me, you ain't
3  going to jump on me, are you; you ain't
4  going to jump on us, are you; this and that,
5  that kind of thing, talking to me like, you
6  know, like I'm a threat like that.  You know
7  what I'm saying?  And I said, no, man, I
8  ain't going to jump on nobody.  I just need
9  a doctor, you know.  Take your pictures, do
10 what you got to do, and, you know, let's get
11 this stuff going because I'm not okay here.
12       And, you know, it was pretty much
13 over after that.  He didn't have too much to
14 say.  They took about four or five pictures,
15 about six pictures, different angles, this
16 and that.
17       And I had seen a doctor regularly
18 after, I'm talking about every single day
19 after that for, like, the next couple of
20 weeks I had a seen a doctor.  And I
21 remember, once we were in medical, Townsend
22 was -- had been the one to take me down
23 there one day.  And I believe that's exactly
24 him, Townsend.  And I said, look, I've been
25 shot, you know.  I was telling her about, I

Page 83

1  don't got no feeling right here in my leg,
2  where they had shot me. And it was real
3  bad. It's not that bad anymore. It was
4  real bad scar tissue up in there. And she
5  told me, oh, you're not going to have any
6  feeling for, you know, a couple of weeks.
7  Well, I haven't got feeling back yet.
8        And when Townsend was up in there,
9  she was kind of coming at me like, you know,
10 it might have been my fault, too. And
11 Townsend set her straight right there. He
12 said, look, I seen the whole thing, the dude
13 didn't do nothing. He came out of his cell,
14 and they immediately jumped on him. After
15 that, they shot him and kicked him and
16 dragged him over to the wall.
17        The doctor didn't have nothing to
18 say after that, you know. She was just
19 filling in her reports and that kind of
20 thing. And after that, man, that was pretty
21 much the end of that whole situation. A
22 couple of people went to the hospital that
23 night. I wasn't the one that ended up going
24 to the hospital. I wasn't one of them,
25 anyway. Many people had been shot that