1    contacting Everett.  You know, this whole

2    thing involved those two.

3         Well, he was the one that just

4    happened to come and take photographs of me.

5    We're in a -- the day the photograph was

6    happening, I was still --

7         Q.   You're talking about this is the

8    second occasion where they took photographs?

9         A.   This is the first occasion.  I'm

10   just laying down these different scenarios

11   to you as you ask them.  You see what I'm

12   saying?

13        Now, I'm just explaining, you know,

14   why I'm suing Mr. Werby, over what incident.

15   And I had been complaining to internal

16   affairs, Mr. Everett and Werby, about Rogers

17   and Woolard.  Those two mainly are really --

18   you know, they're big dudes.  They ain't

19   small, and, you know, they ain't afraid to

20   put their hands on you.  And Clark -- this

21   kind of thing.  I had been complaining about

22   these guys before the incident had ever

23   taken place.

24        So now they're taking pictures of

25   what's going on.  And this dude tried to --

1    now, this dude -- its result had been

2    covering up these injuries that I had

3    sustained.  Because we're in an office

4    pretty much exactly like this down in the

5    medical section, me, Werby and Captain

6    Taylor.  My people had contacted these

7    people and basically forced them to do it,

8    because they weren't going to do it

9    otherwise.  And they had brought me down to

10   medical, put me in this little office.  It

11   wasn't a small office.  It was a little

12   bigger than this here.  These lights --

13   about two, if not three, of these same exact

14   lights or, you know, double barrel lights

15   like that.

16            This dude turned off the lights and

17   told me, now, we got a window.  It faces the

18   west side.  This wall faces the west side.

19   And the light was coming straight in through

20   the window about a little bigger than this

21   right here.  And it's got grate on here, so

22   it's crossed like this here when it hits the

23   wall about right here.  Okay.  Now, we were

24   standing over here, in this area over here.

25   They had moved the desk a little smaller

Page 88

1   than this out the way, and the light was

2   coming in, like, you know, straight through

3   the window.  He had me standing directly

4   into this light.

5         I said, well, why can't, you know,

6   we stand elsewhere, where, you know, the

7   light was adequate.  He said, you're going

8   to do it this way, or you ain't going to

9   take no pictures at all.  He was telling me

10   about the inconvenience of having to come

11   down and take pictures of me in the first

12   place.  So, he wasn't going to put up with

13   what an inmate had to say, this and that and

14   blah, blah, blah.

15         Well, I had bruises on the back

16   side.  I had abrasions all on my forehead

17   here from a ring and, you know, other stuff

18   that was wrong with me as far as being

19   swelled and that big knot on the back of my

20   head.  Every time that this dude would take

21   a picture of me, I would have to stand

22   directly in this light, which, you know,

23   this had been a couple of days after the

24   incident, so I was becoming to be a little

25   better, anyway.  And it was like a real

1    orangish-yellow light.  And I would have to

2    stand, you know, over here.  I was telling

3    him that it was messing the thing up, and he

4    was trying to sit here and tell me, no, it

5    was making it better.

6         Well, I had to sit here, you know,

7    in a specific way, you know, like I was

8    posing for him.  And he wouldn't take a

9    picture until it was perfect.  The abrasions

10   on my head, got the light coming in straight

11   through my window, telling me to look

12   straight, you know, don't squint, this kind

13   of thing, and he would take a picture then.

14        And I told him what about -- I had

15   about as much hair as I have on my head now.

16   And on the back of my head -- I used to have

17   long hair, you know, on the top, but I would

18   shave around the sides here.  And I told him

19   I wanted a picture taken of the back of my

20   head right here.  He said, no, there's too

21   much hair on your head.  We ain't going to

22   be able to get that.  And that was the end

23   of that.  I went back to my cell.  They did

24   whatever they did, and that was the end of

25   that.

STATE-WIDE REPORTERS (800) 372-3376

Page 90

1          The second situation is their

2    shooting me.  Now, when I had been shot,

3    they came 30 minutes later, and they -- I

4    was up against my cell right there.  And

5    they had took pictures of all my stuff.  And

6    those two incidences are what I'm suing

7    Everett and Werby over, which is the

8    internal affairs office.

9          Q.    Okay.  What else?

10         A.    Obviously, throughout all these

11   situations, at one point or another --

12   obviously, this is not a uniform thing going

13   on here, so it's not like we're catching it

14   exactly as it comes along.

15         Well, I'll show you.  There's an

16   example of what -- well, I got a better

17   picture over there, but this is, you know,

18   about what a gunshot of the type that I

19   received looks like.  This is a smaller --

20   obviously, this dude had been shot from a

21   distance.  Now, this is a guy in New York

22   over a protest when the police had shot him,

23   so this is all coming off the internet.

24   Right here, on his back side.  I had been

25   shot on my leg.

1        Now, the bruise I ended up getting,

2    now, I had -- it had tore off all the skin.

3    It knotted me down a good little bit, so

4    there was an actual hole in my leg.  And the

5    bruise was, you know, the whole size of my

6    leg like that.  And I had to stay in my

7    cell, you know, after they had seen -- after

8    that first day, they had come and gave me

9    regular bandages and ointment and stuff that

10   I can, you know, redo my bandages on me and

11   that kind of thing.

12        Q.   Okay.  Let's move on to what other

13   complaints you have got, other than we have

14   talked about.

15        A.   That was the thing.  Oh, yeah, these

16   guys over here.  You mind if I go use the

17   bathroom real quick?

18   MR. LONG:

19        No, go ahead.

20        (Off the record.)

21   MR. LONG:

22        Q.   Okay.  We were going to -- let me

23   know if there is any other items that are

24   contained in your complaint that you have

25   not addressed.