1  enough, he asked me to sign that piece of
2  paper. I said, I'm not signing nothing. He
3  said, well, if you don't, it's just going to
4  get marked refused, anyway, so you might as
5  well sign it. You know, that kind of
6  infuriated me. I was going to be able to
7  get to nobody else. So he was right, I
8  wasn't -- you know, he was just going to do
9  me how he wanted to do me, and that was it.
10 That's how it was going to be.
11         And I remembered what that officer
12 said, so I said, I'll sign that. Let me see
13 that there. I took it through the tray
14 hole, which is -- it ain't but that over
15 there. It's about 15 inches long and about
16 five inches wide. I got the clipboard. I
17 said, god damn it, and I wrote a line all
18 the way through my name, all my meals and
19 everything that I had got, you know. I
20 didn't sign it. And I put a line right
21 through there. And I threw it back out the
22 tray.
23         Well, I put the thing out back the
24 tray hole and started cussing at him,
25 telling him, I ain't signing nothing, F you,

this and that, blah, blah, blah. I'm sick and tired of how you're doing me. This stuff is coming to an end today. And I threw it over to the side.

And as I was pulling my hand back, he just got mad at that and kicked my hand as I was pulling my hand back through the tray hole. And I was cussing at him, this and that and blah, blah, blah. I'm tired of how you're talking to me. Just because I'm locked up, you want to do me this way and this and that.

And he hollers for the other officer, which is Byers. I'm like, you know, stressing out now because I already now what's going to happen, you know. I'm going to get beat. There is only one thing that happens when you buck like that or any kind of way. If you don't do, you're going to get your head busted. And then you're going to do, or you ain't going to do it at all, and you're going to get your head busted and sent back. It doesn't matter.

So, I'm stressing. I already know what's coming. So I started thinking about

1   ain't doing nothing.  I said, I ain't --
2   this dude here, I've been trying to talk to
3   this guy here, telling him how I've been
4   getting screwed over by him.  And as I'm
5   telling Byers this, I'm, like, look, man, I
6   ain't doing nothing.  This dude has been
7   screwing me over on my stuff.  Bam, he hits
8   me in the face right there, and he just
9   jumps on top of me on my rack.
10       Q.   Who is this?
11       A.   Chauncey.  And I'm on my rack.  And
12  after he had hit me, I'm trying to grab this
13  dude, you know what I'm saying, to put him
14  down over here.  And I'm trying to get out
15  the way.  And all of a sudden, Byers -- here
16  comes Byers.  He jumps on me, too.  He's
17  starting to punch me and, you know, drag me.
18  And then they both get off of -- they both
19  get off of me and grab -- one of them grabs
20  my hand, and one of them grabs my legs.  And
21  they rip me off my rack and slam me on the
22  ground.
23       Chauncey keeps on punching at me, so
24  I'm trying to, you know, duck and dodge his
25  punches and stuff.  And this dude gets his

1  stick.  Byers gets -- pulls out his -- I
2  seen that.  And as I blocking off his hits,
3  I was looking at Byers.  And he pulled out
4  his stick, and, you know, he made it come
5  out.  And then he just starts whacking me.
6  Now, I seen when the stick came out, but
7  then I had to pay attention because this
8  dude was punching me in my face.
9      Q.   Anybody else there?  Anyone else see
10 it?
11     A.   Yeah, inmates, you know.  They were
12 out for their hour out.  And, you know, they
13 were walking by tripping out, like, god
14 damn.
15          And so, as I'm like getting punched
16 in the face, I'm trying to block this dude
17 off.  And I'm trying to get back to the back
18 of the cell now, because I know this dude's
19 got his stick out.  And, really, I'm trying
20 to get underneath my rack because they can't
21 get to me there.  So I'm trying to get
22 underneath my rack.  And if I can get back
23 to the back of my cell, I'll be all right.
24          And all of a sudden, you know, I'm
25 feeling whack, whack, whack.  And he's

1  banging away at me with his stick.
2  Everywhere he can hit me in my lower
3  section, he's hitting there, because Byers
4  is all up in my higher sections.
5          And so, I'm like halfway under the
6  bed now, so he can't punch me in my head or
7  my face.  And he's steady trying to rip me
8  out from under my rack, while Byers is
9  hitting me with the stick.  For whatever,
10 Byers, you know, abandons the stick, and he
11 pulls out this mace.  And he's starting to
12 shake it.  And he says, I'm going to mace
13 him.  And I was like coming around, and I
14 just started -- really stopped doing
15 anything then, because I didn't want him to
16 mace me.
17         Man, this dude, Chauncey, is still
18 punching at my face and doing this and that.
19 So right when I seen him shaking up his
20 mace, I had grabbed his arms.  And I kind of
21 just, you know, held tight for a second
22 because he was macing me, you know.  There
23 was no doubt about it.  He came down, and he
24 spayed me straight in my face.
25         I held my breath, and I just -- you

1  know, after he was done macing me, I ducked
2  out the way. And I kind of moved to the
3  other side, and they started handcuffing me.
4  So they handcuffed me. One dude grabs the
5  other arm, they grab the other arm, and they
6  handcuff me. Now they're picking me up, and
7  they're treating me all, you know,
8  manhandling me. And as --
9         Now, before he had maced me, he had
10 called over the radio to get the other
11 police to come. As I was coming out my cell
12 with these dudes, I took a right down the
13 hallway to go out the foyer door. And
14 McLemore was right there, I mean, just
15 perfect timing. As I was coming out, he was
16 like, you know -- I said, like, thank God,
17 McLemore, I've been looking for you all
18 week.
19         And so what they did is they had
20 marched me around this zone and put me in
21 the shower. So they took me, they walked me
22 along this wall here. They walked me up
23 across this thing here, and then they had
24 brought me all the way back around to the
25 shower. The shower ain't got nothing but