IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ARMSTRONG JACOB KNIGHT, #100175**     **PLAINTIFF**

vs.     **CIVIL ACTION NO. 1:05cv186LG-JMR**

**SHERIFF GEORGE PAYNE, JR., et al**     **DEFENDANTS**

STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF RICK GASTON
### HARRISON COUNTY SHERIFF'S OFFICE

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named, RICK GASTON, who, after first being duly sworn by me on his oath, did depose and state the following:

1. My name is Rick Gaston, and I am over the age of twenty-one (21) years. I am a Captain with the Harrison County Sheriff's Office, and as a Captain of the Sheriff's Office I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2. As a Captain at the Harrison County Sheriff's Office, I have first hand knowledge of the policies and procedures that are in place at the Harrison County Sheriff's Office. At no time during the incarceration of Plaintiff, Armstrong Jacob Knight, for the period of July 22, 2002 through December 30, 2003, were my actions toward Plaintiff inappropriate or in violation of these policies and procedures. At all times, I acted in a professional manner and conducted all interaction with the Plaintiff in


EXHIBIT "F"

accordance with the professional standards for inmate management and or supervision as established by the *Harrison County Adult Detention Center Policies and Procedures Directives*.

3. On August 16 and 21, 2002, I had no physical contact with Plaintiff, Armstrong Jacob Knight as alleged in his Complaint and Amended Complaint.

4. At no time during the incarceration of Plaintiff, Armstrong Jacob Knight, for the period of July 22, 2002 through December 30, 2003, was I aware of unacceptable conditions or conditions being anything other than what would be considered normal conditions at the Harrison County Adult Detention Center. The Harrison County Adult Detention Center itself is continually repaired and maintained as often as funding will permit.

5. I have reviewed the Complaint and Amended Complaint filed by Armstrong Jacob Knight in this proceeding and would state that the allegations contained in the Complaint and Amended Complaint as it relates to my actions, are not true. At no time did I use excessive force on Armstrong Jacob Knight during his incarceration at the HCADC.

6. If I utilized any force on Armstrong Jacob Knight, it was only enough force necessary to maintain order and security at the jail, and was also necessary to preserve not only my own health but also the health of other officers and other inmates in the vicinity.

I certify the above declaration is true and correct under penalty of perjury.

                                                   /s/Captain Rick Gaston
                                                   Affiant/Captain Rick Gaston
                                                   Harrison County Adult Detention Center

Sworn to and subscribed before me on this the 27th day of February, 2006.

                                              */s/James Darwin McMahan*
                                              Notary Public

My Commission Expires: 04/20/07

(SEAL)