# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case # |
|---|---|---|---|
| ☒ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement | Type Incident/Crime<br>Informational | Date of This Report<br>11-07-02 | Date of Original Report<br>11-07-02 |
| | Suspect/Victim Name:<br>Holt, James / Knight Armstrong | | List Complaint Numbers of Connected Case |

At approximately 2230 hours Sergeant Rogers was advised from B-Block Officers about a disturbance in B-Block D-Section. Sergeant Rogers entered D-Section and was advised that Holt, James Cell 127 had broke his tray hole door by slamming the door against the wall. Sergeant Rogers approached the cell door and advised inmate Holt to back away from the door and lay face down on the floor. Inmate Hot did not comply. Again Inmate Holt was advised to back away from the door and lay face down on the floor. Again Inmate Holt refused. Sergeant Rogers opened the door and grabbed Inmate Holt by his shoulders and attempted to place Inmate Holt on the floor, Inmate Holt began to resist Sergeant Rogers by attempting to pull away and grab Sergeant Rogers arm. Sergeant Rogers was assisted by Sergeant Woullard to restrain inmate Holt on the floor. Inmate Holt was then handcuffed and placed outside the cell. Inmate Holts cell was searched for any more contraband and for any more damage. Photographs were taken of the damage. Sergeant Woullard advised medical at that time to see Inmate Holt. Approximately 2245 hours while waiting for medical to arrive Sergeant Rogers heard a loud banging sound. Sergeant Rogers noticed that in cell 129, which housed Inmate Knight Armstrong, kicking on the door and beating on the window. Sergeant Rogers Approached the cell door and advised Inmate Knight to back away from the door at that time Inmate did comply. Sergeant Rogers then advised Inmate Knight to back up to the wall, Inmate Knight did comply. Sergeant Rogers started to open up the door and then noticed Inmate Knight placing his left foot against the wall with his right foot and then placed his left hand on the wall. Sergeant Rogers advised Inmate Knight to lay face down on the floor. Inmate Knight then stated that I'm gonna make you hurt me. Sergeant Rogers again advised Inmate Knight to lay face down on the floor. Inmate Knight then got on his knees and placed his hands on the floor which appeared Inmate

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer:<br>No: 161 Name: Sgt Rogers | Division:<br>Corrections | Reviewing Supervisor:<br>No:   Name: | Disposition Date<br>11-07-02 |

White = Records  Canary = Agency Use   **EXHIBIT "G-1"**   = Shift Capt / Jail   Page _1_ of _1_

0001

## HARRISON COUNTY SHERIFF'S DEPARTMENT
### GEORGE PAYNE, SHERIFF

Knight was becoming compliant. Sergeant Rogers opened the cell door and at that time Inmate Knight began to stand up Sergeant Rogers and Sergeant Woullard very quickly attempted to stop Inmate Knight from standing up. Sergeant Rogers and Sergeant Woullard were able to place Inmate Knight back on his hands and knees. Inmate Knight would not let Sergeant Rogers or Sergeant Woullard place Inmate Knight on the floor in a prone position to be hand cuffed. Sergeant Rogers then swept Inmate Knight's right hand with Sergeant Rogers left foot. At that time Inmate Knight went into a prone position to be handcuffed. Inmate Knight did not resist at that time. Inmate Knight remained on the floor while the cell was searched. Inmate Knight stated "you are gonna have to beat my ass because I'm gonna make you come back down here tomorrow night". Inmate Knight cell was searched with out incident. Inmate Knight was uncuffed and advised to stay on the floor until all officers exited the cell. Inmate Knight did comply. End of report.

0002

White = Records Canary = Agency Use Pink = Court/Detectives Gold = Shift Capt / Jail Page _1_ of _1_