SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY -3 2006
J.T. NOBLIN, CLERK
BY_____ DEPUTY

In the Southern district Court of Mississippi

Armstrong Knight                                          Plaintiff.
    v.     No. 1:05 cv 186 LG JMR.
George Payne jr.                                          defendant.

## Motion to Hold proceedings pending outcome of objection.

Proceeding pro-se, plaintiff Armstrong Knight (Knight) files this motion to prevent prejudice while motion to object his Hon: John Ropers ruling.

### I

Knight filed a motion for time extention or stay of proceedings untill he could reasonably finish his Mississippi Supreme Court Criminal appeal Brief process, and have time to prepaire and defend the summary judgement filed in this case, which spaned multiple objectons by the defendants and motions in support by the plaintiff, ultimately being denied by his Hon: John Roper. Knight being agreived filed an objection to the overseeing judge Hon: Louis Guirola

While the objection motion pends review Knight seeks that no other steps cause to be taken and time deadline to answer summary judgement be paused.

Armstrong Knight 100175
S.m.c.J.II E-1 #46
P.O.B. 1419
Leakesville, MS,
39451

1 of 2