IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ARMSTRONG JACOB KNIGHT, #100175**                                     **PLAINTIFF**

vs.                                              CIVIL ACTION NO. 1:05cv186LG-JMR

**SHERIFF GEORGE PAYNE, JR., et al**                                **DEFENDANTS**

### JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(ii)

COME NOW the Plaintiff, Armstrong Jacob Knight, and the Defendants, George Payne, Jr., in his Official and Individual Capacities as Sheriff of Harrison County, and Dianne Gatson-Riley, Rick Gaston, Phil Taylor, Ron Werby, Kenny Rogers, Justin Richards, Elaine Lege, Beth Desper, Doug Byers, and Thomas Chaussee, in their Individual and Official Capacities, and jointly and voluntarily agree to dismiss the above styled and numbered civil action without prejudice by stipulation, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, pursuant to the offer from Plaintiff to dismiss this case, which is attached hereto and incorporated herein by reference as **Exhibit "A"**, as follows:

The Plaintiff and Defendants stipulate that the Plaintiff desires to voluntarily dismiss this case, and that it is the desire of the respective parties that this matter should be dismissed without prejudice. The Plaintiff, in making this stipulation, acknowledges that he is aware that by stipulating to the dismissal of this case without prejudice, that he is waiving any right he may have in the future, if any, to pursue this cause, which will be dismissed forever pursuant to the provisions of this stipulation, as executed herein below by the parties. The Defendants, by making this stipulation, do not admit any fault, blame, responsibility, or liability as to the matters alleged by the Plaintiff in this cause, but would show that they enter into this stipulation jointly with Plaintiff because of Plaintiff's expressed desire to dismiss the cause without prejudice.

Plaintiff agrees to fully and forever dismiss this case and never re-file suit for damages arising from the same transactions or occurrences as those giving rise to this complaint, as evidenced by Plaintiff's signature on his correspondence and Declaration attached hereto as **Exhibits "A"** and **"B"** respectively.

WHEREFORE PREMISES CONSIDERED, the Plaintiff and the Defendants do hereby stipulate that the Clerk dismiss this cause without prejudice, pursuant to the terms set forth herein above.

STIPULATED by the Plaintiff, Armstrong Jacob Knight, on this the 7th day of June ~~May~~, 2006.

_____, Plaintiff
ARMSTRONG JACOB KNIGHT, Pro Se

STIPULATED by the Defendants, Sheriff George Payne, Jr., Dianne Gatson-Riley, Rick Gaston, Phil Taylor, Ron Werby, Kenny Rogers, Justin Richards, Elaine Lege, Beth Desper, Doug Byers, and Thomas Chaussee, in their Individual and Official Capacities, on this the 14th day of June ~~May~~, 2006.

GEORGE PAYNE, JR., IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES AS SHERIFF OF HARRISON COUNTY, AND DIANNE GATSON-RILEY, RICK GASTON, PHIL TAYLOR, RON WERBY, KENNY ROGERS, JUSTIN RICHARDS, ELAINE LEGE, BETH DESPER, DOUG BYERS, AND THOMAS CHAUSSEE IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, Defendants

BY: DUKES, DUKES, KEATING & FANECA, P.A.

BY: s/Cy Faneca
CY FANECA, MSB #5128
Attorney for Defendants

Cy Faneca, MSB #5128
Sul Ozerden, MSB #99220
Haley N. Broom, MSB #101838
DUKES, DUKES, KEATING & FANECA, P.A.
14094 Customs Boulevard, Suite 100
Post Office Drawer W
Gulfport, Mississippi 39502
Telephone:  228-868-1111
Facsimile:   228-864-1418