Dukes, Dukes Keating and Faneca:

IN re: Seeking positions in regaurds to Voluntary dismissal Consent. By Armstrong Knight in Both Actions: 1:05cv186 LG JMR, and 1:05 cv 32 LG JMR.

Dear C.Y. Faneca.

I am asking that you Consent to a voluntary dismissal of both Suit's under Case no:

1) 1:05 cv 186 LG JMR.
2) 1:05 cv 32 LG JMR.

If you so Concent I will agree to do the following:

✱ A) Never re-file any Federal 1983 Civil action on the same issues.

✱ B) Pay all cost related to pursuing the above numberd suits.

If you do not respond within 5 day's My answer to the Summary judgement will be timely Filed and these matters will prolong. A Failure to answer within said time will also be interpited as a refusal to consent to the Plaintiff's voluntary dismissal and above said terms. If there are other terms to discuss that I'm not aware of, Contact me within 5 days. Contact your clients immidiatly.

A. Knight
154 Industrial Park d
Lucedale, MS, 39452

EXHIBIT "A"