IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ARMSTRONG JACOB KNIGHT, #100175                                           PLAINTIFF

vs.                                                        CIVIL ACTION NO. 1:05cv186LG-JMR

SHERIFF GEORGE PAYNE, JR., et al                                          DEFENDANTS

### ARMSTRONG JACOB KNIGHT'S DECLARATION

I, Armstrong Jacob Knight, in consideration for the Defendants', Sheriff George Payne, Jr., Dianne Gatson-Riley, Rick Gaston, Phil Taylor, Ron Werby, Kenny Rogers, Justin Richards, Elaine Lege, Beth Desper, Doug Byers, and Thomas Chaussee, agreement to my voluntary dismissal of this Civil Action, do hereby agree to fully and forever dismiss this case and never re-file a suit alleging the same matters and issues as in this case. I agree to never re-file suit for the damages arising from the same transactions or occurrences as those giving rise to this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 7th day of June, 2006.

*Armstrong Knight*
Armstrong Jacob Knight

EXHIBIT "B"